# EXHIBIT A

# Project Torogoz

## Extensive Hacking of Media & Civil Society in El Salvador with Pegasus Spyware

By John Scott-Railton, Bill Marczak, Paolo Nigro Herrero, Bahr Abdul Razzak, Noura Al-Jizawi, Salvatore Solimano, and Ron Deibert

JANUARY 12, 2022
RESEARCH REPORT #148





# Copyright

© Citizen Lab



Licensed under the Creative Commons BY-SA 4.0 (Attribution-ShareAlike licence). Electronic version first published in 2022 by the Citizen Lab. This work can be accessed through https://citizenlab.ca/2022/01/project-toro-goz-extensive-hacking-media-civil-society-el-salvador-pegasus-spyware/.

Document Version: 1.0

The Creative Commons Attribution-ShareAlike 4.0 license under which this report is licensed lets you freely copy, distribute, remix, transform, and build on it, as long as you:

- give appropriate credit;
- indicate whether you made changes; and
- use and link to the same CC BY-SA 4.0 licence.

However, any rights in excerpts reproduced in this report remain with their respective authors; and any rights in brand and product names and associated logos remain with their respective owners. Uses of these that are protected by copyright or trademark rights require the rightsholder's prior written agreement.

# Suggested Citation

John Scott-Railton, Bill Marczak, Paolo Nigro Herrero, Bahr Abdul Razzak, Noura Al-Jizawi, Salvatore Solimano, and Ron Deibert. "Project Torogoz: Extensive Hacking of Media & Civil Society in El Salvador with Pegasus Spyware," Citizen Lab Research Report No. 148, University of Toronto, January 2022.

# Acknowledgements

We thank and acknowledge the many individuals that allowed us to analyze their devices as part of this investigation.

Special thanks to Mohammed Al-Maskati from Frontline Defenders for invaluable assistance.

Special thanks to the staff and incident handlers at the Access Now helpline for their invaluable support to this process and assistance to victims.

Special thanks to all of the organizations participating in this investigative collaboration including SocialTIC and Fundación Acceso.

Thanks to Siena Anstis, Celine Bauwens, Miles Kenyon, Adam Senft, and Mari Zhou for review, copy editing, and publication support.

Special thanks to TNG for invaluable assistance on this project.

# About the Citizen Lab, Munk School of Global Affairs & Public Policy, University of Toronto

**The Citizen Lab** is an interdisciplinary laboratory based at the Munk School of Global Affairs & Public Policy, University of Toronto, focusing on research, development, and high-level strategic policy and legal engagement at the intersection of information and communication technologies, human rights, and global security.

We use a "mixed methods" approach to research that combines methods from political science, law, computer science, and area studies. Our research includes investigating digital espionage against civil society, documenting Internet filtering and other technologies and practices that impact freedom of expression online, analyzing privacy, security, and information controls of popular applications, and examining transparency and accountability mechanisms relevant to the relationship between corporations and state agencies regarding personal data and other surveillance activities.

# Contents

**Key Findings**   **1**

**1. Introduction**   **1**

   Repression and Impunity in El Salvador   2
   The Bukele Administration   2
   The State of Police and Private Security Firms   3
   Salvadoran Media under Threat   4
   The TOROGOZ Pegasus Operator and El Salvador   4

**2. Findings: Salvadoran Pegasus Targeting**   **5**

   Confirmed Targets   5
   Zero-Click Exploits   7
   One-Click Links   7

**3. Attribution**   **8**

**4. Conclusion: Mercenary Spyware Continues to Harm Media, Civil Society**   **9**

   Pegasus and the Media   10

**Appendix A: Hacking Timeline**   **10**

rule and many of NSO Group's government clients are illiberal regimes. The voluminous hacking of Salvadoran media organizations and journalists is shocking but should come as no surprise.

Only a little over a year ago, we discovered government operatives used NSO Group's Pegasus spyware to hack 36 personal phones belonging to journalists, producers, anchors, and executives at the news organization *Al Jazeera*. The Citizen Lab and Amnesty International have also documented numerous other cases where journalists' phones were hacked with Pegasus, including *the New York Times*' Ben Hubbard, Sevinc Vaqifqizi, a freelance journalist for independent media outlet *Meydan TV*, Siddharth Varadarajan and MK Venu, co-founders of India's the *Wire*, Dániel Németh, a photojournalist working out of Budapest, and numerous others. According to investigations undertaken as part of the Pegasus Project, at least 180 journalists were selected as targets for potential Pegasus hacking.

Further highlighting the consistent threat posed by Pegasus to journalists, Daniel Lizárraga—a journalist whose phone we confirmed was hacked with Pegasus in this case—was also targeted in 2016 by the Mexican Pegasus operator while in a previous role at a Mexican NGO. Given the lack of due diligence and proper regulations, it should come as no surprise that individual victims of Pegasus hacking may have been targeted by multiple NSO Group clients over time, as Lizárraga's case illustrates.

The lesson from this case is obvious: an unregulated spyware marketplace is a grave threat to media worldwide, and to civil society.

## Appendix A: Hacking Timeline

The following table of dates of successful hacking *excludes* dates of attempted but unsuccessful hacking. This table is *not* intended to be a comprehensive inventory of every date that the spyware was active on a phone. Each entry represents a separate instance where NSO's exploits were fired at a phone resulting in successful infection.

Several factors can influence the number of times infections happen. For example, if a target is selected for persistent surveillance, the exploit may be fired more often if the user frequently reboots their phone, as modern versions of the Pegasus spyware are believed to feature persistence via re-exploitation. If the target does not reboot their phone, the spyware may run for some time without the exploit being fired again.

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| Noah Bullock | Cristosal | 1. On or around 2021-09-04 |
| | | 2. On or around 2021-09-28 |
| | | 3. On or around 2021-11-12 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| (Individual #1) | Diario El Mundo | 1. On or around 2021-06-03 |
| | | 2. On or around 2021-06-30 |
| Ricardo Avelar | El Diario de Hoy | 1. On or around 2020-08-31 |
| | | 2. On or around 2020-09-22 |
| | | 3. On or around 2021-02-21 |
| | | 4. On or around 2021-03-16 |
| | | 5. On or around 2021-03-26 |
| | | 6. On or around 2021-04-27 |
| | | 7. On or around 2021-06-15 |
| | | 8. On or around 2021-07-14 |
| | | 9. On or around 2021-09-04 |
| | | 10. On or around 2021-09-12 |
| Ana Beatriz Lazo | El Faro | 1. On or around 2021-10-04 |
| Carlos Dada | El Faro | 1. Sometime 2020-07-08 – 2020-07-17 |
| | | 2. Sometime 2020-07-17 – 2020-07-24 |
| | | 3. Sometime 2020-07-24 – 2020-07-30 |
| | | 4. On or around 2020-07-31 |
| | | 5. Sometime 2020-08-01 – 2020-08-14 |
| | | 6. Sometime 2020-09-08 – 2020-10-22 |
| | | 7. Sometime 2021-01-06 – 2021-01-12 |
| | | 8. Sometime 2021-01-12 – 2021-01-20 |
| | | 9. Sometime 2021-02-13 – 2021-02-23 |
| | | 10. Sometime 2021-03-31 – 2021-04-17 |
| | | 11. Sometime 2021-04-18 – 2021-05-12 |
| | | 12. Sometime 2021-05-26 – 2021-06-09 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| Carlos Ernesto Martínez D'aubuisson | El Faro | 1. Sometime 2020-06-29 – 2020-07-22 |
| | | 2. Sometime 2020-07-25 – 2020-08-06 |
| | | 3. Sometime 2020-09-07 – 2020-09-10 |
| | | 4. Sometime 2020-09-10 – 2020-09-18 |
| | | 5. Sometime 2020-09-18 – 2020-10-10 |
| | | 6. Sometime 2020-10-10 – 2020-11-05 |
| | | 7. Sometime 2020-11-05 – 2020-11-10 |
| | | 8. Sometime 2020-11-23 – 2020-12-02 |
| | | 9. Sometime 2020-12-02 – 2020-12-21 |
| | | 10. Sometime 2020-12-26 – 2021-01-21 |
| | | 11. Sometime 2021-02-11 – 2021-02-16 |
| | | 12. Sometime 2021-02-17 – 2021-02-19 |
| | | 13. Sometime 2021-02-23 – 2021-03-08 |
| | | 14. Sometime 2021-03-08 – 2021-03-11 |
| | | 15. Sometime 2021-03-19 – 2021-03-23 |
| | | 16. Sometime 2021-04-03 – 2021-04-12 |
| | | 17. Sometime 2021-04-12 – 2021-04-27 |
| | | 18. Sometime 2021-04-28 – 2021-05-06 |
| | | 19. Sometime 2021-05-06 – 2021-05-27 |
| | | 20. Sometime 2021-05-29 – 2021-06-02 |
| | | 21. Sometime 2021-06-16 – 2021-06-22 |
| | | 22. Sometime 2021-06-22 – 2021-06-24 |
| | | 23. Sometime 2021-06-27 – 2021-07-02 |
| | | 24. On or around 2021-07-08 |
| | | 25. On or around 2021-08-31 |
| | | 26. On or around 2021-09-15 |
| | | 27. On or around 2021-10-07 |
| | | 28. On or around 2021-10-21 |
| Daniel Lizárraga | El Faro | 1. On or around 2021-04-12 |
| | | 2. On or around 2021-04-15 |
| | | 3. On or around 2021-04-27 |
| | | 4. On or around 2021-05-20 |
| | | 5. On or around 2021-06-04 |
| | | 6. On or around 2021-06-15 |
| | | 7. On or around 2021-06-23 |
| | | 8. On or around 2021-07-08 |
| Daniel Reyes | El Faro | 1. Sometime 2020-10-01 – 2020-10-10 |
| | | 2. On or around 2021-11-04 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| Efren Lemus | El Faro | 1. On or around 2021-04-23 |
| | | 2. On or around 2021-04-26 |
| | | 3. On or around 2021-04-30 |
| | | 4. On or around 2021-05-20 |
| | | 5. On or around 2021-06-01 |
| | | 6. On or around 2021-06-08 |
| | | 7. On or around 2021-06-18 |
| | | 8. On or around 2021-07-10 |
| | | 9. On or around 2021-09-17 |
| | | 10. On or around 2021-09-25 |
| Gabriel Labrador | El Faro | 1. Sometime 2020-08-06 – 2020-09-07 |
| | | 2. Sometime 2020-09-11 – 2020-10-30 |
| | | 3. On or around 2021-03-25 |
| | | 4. On or around 2021-04-01 |
| | | 5. On or around 2021-04-06 |
| | | 6. On or around 2021-04-09 |
| | | 7. On or around 2021-04-12 |
| | | 8. On or around 2021-04-14 |
| | | 9. On or around 2021-04-16 |
| | | 10. On or around 2021-05-05 |
| | | 11. On or around 2021-05-07 |
| | | 12. On or around 2021-05-13 |
| | | 13. On or around 2021-05-17 |
| | | 14. On or around 2021-06-01 |
| | | 15. On or around 2021-08-31 |
| | | 16. On or around 2021-09-12 |
| | | 17. On or around 2021-10-06 |
| | | 18. On or around 2021-10-23 |
| | | 19. On or around 2021-11-04 |
| | | 20. On or around 2021-11-11 |
| Gabriela Cáceres | El Faro | 1. On or around 2021-04-17 |
| | | 2. On or around 2021-05-11 |
| | | 3. On or around 2021-05-15 |
| | | 4. On or around 2021-05-21 |
| | | 5. On or around 2021-06-06 |
| | | 6. On or around 2021-06-15 |
| | | 7. On or around 2021-06-17 |
| | | 8. On or around 2021-06-21 |
| | | 9. On or around 2021-07-14 |
| | | 10. On or around 2021-08-31 |
| | | 11. On or around 2021-09-08 |
| | | 12. On or around 2021-09-17 |
| | | 13. On or around 2021-09-24 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| José Luis Sanz | El Faro | 1. Sometime 2020-07-04 – 2020-07-09 |
| | | 2. Sometime 2020-07-09 – 2020-07-14 |
| | | 3. On or around 2020-07-16 |
| | | 4. On or around 2020-09-10 |
| | | 5. On or around 2020-09-23 |
| | | 6. On or around 2020-11-14 |
| | | 7. On or around 2020-11-21 |
| | | 8. On or around 2020-11-28 |
| | | 9. On or around 2020-12-03 |
| | | 10. On or around 2020-12-07 |
| | | 11. On or around 2020-12-10 |
| | | 12. On or around 2020-12-16 |
| | | 13. On or around 2020-12-19 |
| Julia Gavarrete (Phone #1) | El Faro | 1. On or around 2021-03-16 |
| | | 2. On or around 2021-04-08 |
| | | 3. On or around 2021-04-13 |
| | | 4. On or around 2021-04-14 |
| | | 5. On or around 2021-04-16 |
| | | 6. On or around 2021-04-18 |
| | | 7. On or around 2021-04-20 |
| | | 8. On or around 2021-04-23 |
| | | 9. On or around 2021-04-26 |
| | | 10. On or around 2021-05-05 |
| | | 11. On or around 2021-05-20 |
| | | 12. Sometime 2021-05-30 – 2021-06-06 |
| | | 13. On or around 2021-06-10 |
| | | 14. On or around 2021-06-28 |
| | | 15. On or around 2021-09-08 |
| Julia Gavarrete (Phone #2) | El Faro | 1. On or around 2021-02-23 |
| | | 2. On or around 2021-09-09 |
| | | 3. On or around 2021-09-27 |
| María Luz Nóchez | El Faro | 1. On or around 2021-02-17 |
| | | 2. On or around 2021-05-21 |
| | | 3. On or around 2021-06-09 |
| Mauricio Ernesto Sandoval Soriano | El Faro | 1. Sometime 2020-08-19 – 2020-10-20 |
| | | 2. On or around 2021-07-02 |
| | | 3. On or around 2021-07-06 |
| | | 4. On or around 2021-10-01 |
| Nelson Rauda | El Faro | 1. Sometime 2021-04-30 – 2021-05-01 |
| | | 2. On or around 2021-05-18 |
| | | 3. On or around 2021-06-16 |
| | | 4. Sometime 2021-06-18 – 2021-08-11 |
| | | 5. On or around 2021-08-31 |
| | | 6. On or around 2021-09-10 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| Óscar Martínez | El Faro | 1. On or around 2020-07-15 |
| | | 2. On or around 2020-07-21 – 2020-07-28 |
| | | 3. On or around 2020-08-12 |
| | | 4. On or around 2020-08-17 |
| | | 5. On or around 2020-08-19 |
| | | 6. On or around 2020-09-12 |
| | | 7. On or around 2020-09-29 |
| | | 8. On or around 2020-10-01 |
| | | 9. On or around 2020-10-03 |
| | | 10. On or around 2020-10-29 |
| | | 11. On or around 2020-11-12 |
| | | 12. On or around 2020-11-16 |
| | | 13. On or around 2020-11-18 |
| | | 14. On or around 2020-12-07 |
| | | 15. On or around 2020-12-10 |
| | | 16. On or around 2020-12-18 |
| | | 17. On or around 2020-12-20 |
| | | 18. On or around 2020-12-22 |
| | | 19. On or around 2021-01-08 |
| | | 20. On or around 2021-01-10 |
| | | 21. On or around 2021-01-13 |
| | | 22. On or around 2021-01-26 |
| | | 23. On or around 2021-01-27 |
| | | 24. On or around 2021-02-21 |
| | | 25. On or around 2021-03-08 |
| | | 26. On or around 2021-03-15 |
| | | 27. On or around 2021-03-18 |
| | | 28. On or around 2021-03-25 |
| | | 29. On or around 2021-04-01 |
| | | 30. On or around 2021-05-03 |
| | | 31. On or around 2021-05-21 |
| | | 32. On or around 2021-06-02 |
| | | 33. On or around 2021-06-16 |
| | | 34. On or around 2021-06-22 |
| | | 35. On or around 2021-06-23 |
| | | 36. On or around 2021-07-07 |
| | | 37. On or around 2021-08-30 |
| | | 38. On or around 2021-09-08 |
| | | 39. On or around 2021-09-27 |
| | | 40. On or around 2021-10-08 |
| | | 41. On or around 2021-10-25 |
| | | 42. On or around 2021-10-30 |
| Rebeca Monge | El Faro | 1. On or around 2021-10-07 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| Roman Gressier | El Faro | 1. On or around 2021-05-17 |
| | | 2. On or around 2021-05-21 |
| | | 3. On or around 2021-06-21 |
| | | 4. On or around 2021-06-23 |
| Roxana Lazo | El Faro | 1. On or around 2021-04-19 |
| | | 2. On or around 2021-04-27 |
| | | 3. On or around 2021-06-02 |
| | | 4. On or around 2021-06-07 |
| | | 5. On or around 2021-06-23 |
| | | 6. On or around 2021-06-24 |
| | | 7. On or around 2021-07-06 |
| | | 8. On or around 2021-09-10 |
| | | 9. On or around 2021-09-24 |
| | | 10. On or around 2021-10-02 |
| | | 11. On or around 2021-10-21 |
| | | 12. On or around 2021-11-02 |
| Sergio Arauz | El Faro | 1. Sometime 2020-08-12 – 2020-08-19 |
| | | 2. Sometime 2020-09-10 – 2020-09-11 |
| | | 3. Sometime 2020-09-13 – 2020-09-14 |
| | | 4. Sometime 2020-09-18 – 2020-09-22 |
| | | 5. On or around 2021-05-07 |
| | | 6. On or around 2021-06-02 |
| | | 7. Sometime 2021-06-09 – 2021-06-10 |
| | | 8. On or around 2021-06-11 |
| | | 9. On or around 2021-06-17 |
| | | 10. On or around 2021-06-24 |
| | | 11. On or around 2021-06-25 |
| | | 12. On or around 2021-07-02 |
| | | 13. On or around 2021-07-09 |
| | | 14. On or around 2021-10-21 |
| Valeria Guzmán | El Faro | 1. Sometime 2020-07-04 – 2020-07-14 |
| | | 2. On or around 2021-09-03 |
| | | 3. On or around 2021-09-29 |
| | | 4. On or around 2021-10-12 |
| | | 5. On or around 2021-10-25 |
| | | 6. On or around 2021-11-04 |
| | | 7. On or around 2021-11-11 |
| | | 8. On or around 2021-11-19 |
| Víctor Peña | El Faro | 1. Sometime 2021-11-22 – 2021-11-23 |
| (Individual #2) | El Faro | 1. Sometime 2020-09-09 – 2020-09-16 |
| | | 2. On or around 2021-09-30 |
| | | 3. Sometime 2020-11-16 – 2020-11-26 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| (Individual #3) | El Faro | 1. Sometime 2020-09-07 – 2020-10-17 |
| | | 2. Sometime 2020-11-30 – 2021-01-16 |
| | | 3. On or around 2021-05-21 |
| Jose Marinero | Fundación DTJ | 1. On or around 2021-04-08 |
| | | 2. On or around 2021-09-12 |
| Xenia Hernandez | Fundación DTJ | 1. On or around 2021-02-23 |
| | | 2. On or around 2021-03-17 |
| | | 3. On or around 2021-04-29 |
| | | 4. On or around 2021-05-01 |
| | | 5. On or around 2021-05-04 |
| | | 6. Sometime 2021-05-04 – 2021-05-07 |
| | | 7. On or around 2021-05-07 |
| | | 8. On or around 2021-05-11 |
| | | 9. On or around 2021-05-17 |
| | | 10. On or around 2021-05-21 |
| | | 11. On or around 2021-06-02 |
| | | 12. On or around 2021-06-13 |
| | | 13. On or around 2021-06-15 |
| | | 14. On or around 2021-06-28 |
| | | 15. On or around 2021-06-30 |
| | | 16. On or around 2021-11-09 |
| | | 17. On or around 2021-11-16 |
| Beatriz Benitez | GatoEncerrado | 1. On or around 2021-07-01 |
| Ezequiel Barrera | GatoEncerrado | 1. Sometime 2020-09-10 – 2020-09-11 |
| | | 2. Sometime 2021-04-06 – 2021-04-11 |
| | | 3. Sometime 2021-04-13 – 2021-04-16 |
| | | 4. Sometime 2021-04-23 – 2021-04-25 |
| | | 5. On or around 2021-06-07 |
| | | 6. On or around 2021-06-21 |
| | | 7. On or around 2021-06-30 |
| | | 8. On or around 2021-07-08 |
| | | 9. On or around 2021-09-19 |
| Xenia Oliva (Phone #1) | GatoEncerrado | 1. Sometime 2020-11-12 – 2020-11-25 |
| | | 2. Sometime 2021-02-17 – 2021-02-26 |
| | | 3. Sometime 2021-02-28 – 2021-03-09 |
| | | 4. On or around 2021-04-08 |
| | | 5. On or around 2021-05-21 |
| Xenia Oliva (Phone #2) | GatoEncerrado | 1. On or around 2021-10-26 |
| | | 2. On or around 2021-11-04 |
| (Individual #4) | La Prensa Gráfica | 1. On or around 2021-09-27 |
| Oscar Luna | Revista Digital Disruptiva | 1. On or around 2021-04-18 |
| | | 2. On or around 2021-09-29 |
| (Individual #5) | (NGO #1) | 1. On or around 2021-05-21 |

| Individual | Organization | Dates of Successful Hacking |
|---|---|---|
| Mariana Belloso | (Independent Journalist) | 1. On or around 2021-09-29 |
| | | 2. On or around 2021-10-09 |
| Carmen Tatiana Marroquín | (Economist and Columnist for Independent Media) | 1. On or around 2021-09-05 |