AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz, *Plaintiff(s)* <br><br> v. <br><br> NSO Group Technologies Limited and Q Cyber Technologies Limited, *Defendant(s)* | Civil Action No. 3:22-cv-7513-WHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NSO Group Technologies Limited, 22 Galgalei Haplada, Herzliya, Israel 4672222
Q Cyber Technologies Limited, 22 Galgalei Haplada, Herzliya, Israel 4672222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Paul Hoffman
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226 Hermosa Beach, CA 90254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: November 30, 2022

*CLERK OF COURT*
*Mark B. Busby*

*Cynthia J. Lenahan*
*Signature of Clerk or Deputy Clerk*