| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for all Plaintiffs\**<br><br>*\*See Signature Page for Complete List of Plaintiffs* | CARRIE DECELL\*\*<br>ALEX ABDO\*\*<br>STEPHANIE KRENT\*\*<br>EVAN WELBER FALCÓN\*\*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for all Plaintiffs\**<br><br>*\*\*Application for Admission Pro Hac Vice Pending* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>      Plaintiffs,<br><br>   v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>      Defendants. | Case No. _____<br><br>**DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15** |

1    Pursuant to Civil L.R. 3-15, the undersigned certify that as of this date, there is no
2    conflict or interest (other than the named parties) to report.

3    DATED: November 30, 2022                Respectfully submitted,

 /s/ Paul Hoffman
Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris,
  Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
T: (424) 297-0114
F: (310) 399-7040
hoffpaul@aol.com

 /s/ Carrie DeCell
Carrie DeCell**
Alex Abdo**
Stephanie Krent**
Evan Welber Falcón**
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
carrie.decell@knightcolumbia.org

*Counsel for Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz*

**Application for Admission Pro Hac Vice Pending*