| | |
|---|---|
| PAUL HOFFMAN #71244 | CARRIE DECELL** |
| JOHN WASHINGTON #315991 | JAMEEL JAFFER** |
| Schonbrun, Seplow, Harris, | ALEX ABDO** |
|   Hoffman & Zeldes LLP | STEPHANIE KRENT** |
| 200 Pier Avenue, Suite 226 | EVAN WELBER FALCÓN** |
| Hermosa Beach, CA 90254 | Knight First Amendment Institute |
| T: (424) 297-0114 |   at Columbia University |
| F: (310) 399-7040 | 475 Riverside Drive, Suite 302 |
| hoffpaul@aol.com | New York, NY 10115 |
| | T: (646) 745-8500 |
| *Counsel for all Plaintiffs\** | F: (646) 661-3361 |
| | carrie.decell@knightcolumbia.org |
| *\*See Signature Page for Complete List of Plaintiffs* | |
| | *Counsel for all Plaintiffs\** |
| | |
| | *\*\*Application for Admission Pro Hac Vice Pending* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED, <br><br> Defendants. | Case No. 3:22-cv-07513-WHA <br><br> **NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULES 3-12 AND 7-11** |

Pursuant to Civil Local Rule 3-12, Plaintiffs in the newly filed action *Dada v. NSO Group Technologies Limited*, No. 3:22-cv-07513-WHA, state that the case is related to *Apple Inc. v. NSO Group Technologies Limited*, No. 3:21-cv-09078-JD, which was filed on November 23, 2021 and is currently assigned to Judge James Donato. Plaintiffs have filed the attached motion for administrative relief in *Apple Inc. v. NSO Group Technologies Limited*, No. 3:21-cv-09078-JD.

DATED: December 2, 2022                    Respectfully submitted,

   /s/ Paul Hoffman
Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris,
  Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
T: (424) 297-0114
F: (310) 399-7040
hoffpaul@aol.com

   /s/ Carrie DeCell
Carrie DeCell**
Jameel Jaffer**
Alex Abdo**
Stephanie Krent**
Evan Welber Falcón**
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
carrie.decell@knightcolumbia.org

*Counsel for Third Parties Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz*

**Application for Admission Pro Hac Vice Pending