AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> NSO Group Technologies Limited and Q Cyber Technologies Limited, <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.   3:22-cv-7513-WHA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NSO Group Technologies Limited, 22 Galgalei Haplada, Herzliya, Israel 4672222
Q Cyber Technologies Limited, 22 Galgalei Haplada, Herzliya, Israel 4672222

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Hoffman
Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226 Hermosa Beach, CA 90254

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:   November 30, 2022   *Cynthia J. Lenahan*
_____   _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:22-cv-7513-WHA

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)*   NSO Group Technologies Limited and Q Cyber Technologies Limited

was received by me on *(date)*   November 30, 2022   .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

✔ I returned the summons unexecuted because   Plaintiffs filed an Amended Complaint   ; or

❏ Other *(specify):*


My fees are $ _____0.00_____ for travel and $ _____0.00_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date:   December 21, 2022                              /s/ Reed Canaan
                                                    *Server's signature*

                                              Reed Canaan, Paralegal
                                                    *Printed name and title*

                                              Knight First Amendment Institute
                                              475 Riverside Drive, Suite 302
                                              New York, NY 10115
                                                    *Server's address*

Additional information regarding attempted service, etc:

Plaintiffs filed their Complaint on November 30, 2022 and sent a Notice of Lawsuit and Request to Waive Service, along with all other materials as required by Civil Local Rule 4-2, to Joseph Akrotirianakis, Counsel for NSO Group Technologies Limited and Q Cyber Technologies Limited in *Apple v. NSO Group Technologies Limited*, Case No. 3:21-cv-09078-JD. On December 16, 2022, Plaintiffs filed an Amended Complaint and sent an updated Notice of Lawsuit and Request to Waive Service, along with all other materials as required by Civil Local Rule 4-2, to Joseph Akrotirianakis. Plaintiffs return this Summons unexecuted and intend to request an updated Summons reflecting the additional Plaintiffs added to this action.

Print          Save As                              Reset