JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
*jakro@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*Honorable James Donato*]<br><br>**NOTICE OF APPEARANCE OF JOSEPH N. AKROTIRIANAKIS**<br><br>Action Filed:   11/30/2022 |

1  PLEASE TAKE NOTICE that Joseph N. Akrotirianakis of King & Spalding LLP hereby
2  appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber
3  Technologies Limited.  Please direct copies of all pleadings, papers, and orders to:

        Joseph N. Akrotirianakis
        KING & SPALDING LLP
        633 W. 5th Street, Suite 1600
        Los Angeles, CA 90071
        Telephone:   (213) 443-4355
        Facsimile:    (213) 443-4310
        Email:           jakro@kslaw.com

DATED:  March 21, 2023         KING & SPALDING LLP

        By: */s/ Joseph N. Akrotirianakis*
            JOSEPH N. AKROTIRIANAKIS
            Attorneys for Defendants NSO GROUP
            TECHNOLOGIES LIMITED and Q
            CYBER TECHNOLOGIES LIMITED