AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*Honorable James Donato*]<br><br>**NOTICE OF APPEARANCE OF AARON S. CRAIG**<br><br>Action Filed:   11/30/2022 |

1  PLEASE TAKE NOTICE that Joseph N. Akrotirianakis of King & Spalding LLP hereby
2  appears as counsel in this action for Defendants NSO Group Technologies Limited and Q Cyber
3  Technologies Limited.  Please direct copies of all pleadings, papers, and orders to:

    Aaron S. Craig
    KING & SPALDING LLP
    633 W. 5th Street, Suite 1600
    Los Angeles, CA 90071
    Telephone:   (213) 443-4355
    Facsimile:    (213) 443-4310
    Email:          acraig@kslaw.com

DATED:  March 21, 2023              KING & SPALDING LLP

By: */s/ Aaron S. Craig*
    JOSEPH N. AKROTIRIANAKIS
    Attorneys for Defendants NSO GROUP
    TECHNOLOGIES LIMITED and Q
    CYBER TECHNOLOGIES LIMITED