| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for all Plaintiffs\**<br><br>*\*See signature page for complete list of Plaintiffs* | CARRIE DECELL, *Pro Hac Vice*<br>JAMEEL JAFFER, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>STEPHANIE KRENT, *Pro Hac Vice*<br>EVAN WELBER FALCÓN, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for all Plaintiffs\**<br><br>*Counsel for Defendants listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANTS' RESPONSE AND BRIEFING SCHEDULE ON A RESPONSIVE MOTION** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, "Defendants") and Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz (collectively, "Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Complaint, ECF. No. 31, on December 16, 2022.

WHEREAS, Defendants, through counsel, contacted counsel for Plaintiffs on February 24, 2023, and on that date, agreed to waive service of the summons in this action.

WHEREAS, Defendants and Plaintiffs have agreed to a briefing schedule for Defendants' response to the Amended Complaint as set forth below.

**IT IS HEREBY STIPULATED AND AGREED** by Defendants and Plaintiffs, pursuant to Civil Local Rules 6-1, 6-2, and 7-12:

1. Defendants shall respond to the Amended Complaint by April 14, 2023; and
2. If Defendants' response to the Amended Complaint is a motion pursuant to Rule 12, subject to the approval of the Court, Plaintiffs shall file their Opposition to Defendants' motion by May 19, 2023, and Defendants shall file any Reply by June 2, 2023.

DATED: March 22, 2023

KING & SPALDING LLP

 /s/ Joseph N. Akrotirianakis
Joseph N. Akrotirianakis

*Attorneys for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited*

| | |
|---|---|
| DATED: March 22, 2023 | KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY |
| | /s/ Carrie DeCell |
| | Carrie DeCell |
| | *Counsel for Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz* |

**FILER'S ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: March 22, 2023  /s/ Carrie DeCell
Carrie DeCell

\*   \*   \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

Hon. James Donato
Judge of the U.S. District Court
Northern District of California