| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz* | CARRIE DECELL, *Pro Hac Vice*<br>JAMEEL JAFFER, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>STEPHANIE KRENT, *Pro Hac Vice*<br>EVAN WELBER FALCÓN, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br><br>**DECLARATION OF CARRIE DECELL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANTS' RESPONSE AND BRIEFING SCHEDULE ON A RESPONSIVE MOTION** |

I, Carrie DeCell, declare and state as follows:

1. I am a senior staff attorney at the Knight First Amendment Institute at Columbia University and counsel for Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz (collectively, "Plaintiffs"). I am an attorney in good standing duly admitted to practice law in the the State of New York and the District of Columbia, and I am admitted *pro hac vice* in the above-captioned matter. Except as to those matters stated on information and belief, I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. I submit this declaration in support of the Stipulation and [Proposed] Order Concerning Defendants' Response and Briefing Schedule on a Responsive Motion filed concurrently.

3. On December 16, 2022, Plaintiffs filed their Amended Complaint in this action. *See* ECF No. 31.

4. On February 24, 2023, I spoke with Mr. Akrotirianakis, who informed me that he had been engaged to represent Defendants in this action, and that he would agree to waive service of the summons on behalf of Defendants. We then discussed the time for Defendants to file their response to the Amended Complaint, given Mr. Akrotirianakis's representation that he had only recently been engaged, and for any related briefing schedule.

5. Between February 27 and March 3, 2023, Defendants' counsel and I corresponded by email and agreed that Defendants shall file their response to the Amended Complaint by April 14, 2023. We further agreed that, if Defendants' response to the Amended Complaint is a motion to dismiss, the briefing schedule on Defendants' motion should be as follows: Plaintiffs shall file their opposition to Defendants' motion by May 19, 2023, and Defendants shall file their reply, if any, by June 2, 2023.

1  6. There have been no previous time modifications in this case.

2  I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.

DATED: March 22, 2023                     /s/ Carrie DeCell
                                          Carrie DeCell