| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for all Plaintiffs\** <br><br>*\*See signature page for complete list of Plaintiffs* | CARRIE DECELL, *Pro Hac Vice*<br>JAMEEL JAFFER, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>STEPHANIE KRENT, *Pro Hac Vice*<br>EVAN WELBER FALCÓN, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for all Plaintiffs\** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 3:22-cv-07513-JD<br><br>**CERTIFICATES OF SERVICE** |

Case No. 3:22-cv-07513-JD    CERTIFICATES OF SERVICE

1  In accordance with Article 5 of the Hague Convention of 15 November 1965 on the Service
2  Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Plaintiffs
3  effected service of the Summons, Amended Complaint, and related documents on Defendants
4  NSO Group Technologies Limited and Q Cyber Technologies Limited on March 22, 2023.

   Attached as Exhibit 1 and Exhibit 2 are true and correct copies of the Certificates of Service
issued by the Central Authority in Israel, as well as Plaintiffs' requests to the Central Authority for
Hague service, which identify the documents that were served on each Defendant.

DATED: April 20, 2023

KNIGHT FIRST AMENDMENT
INSTITUTE AT COLUMBIA
UNIVERSITY

 /s/ Carrie DeCell
Carrie DeCell

*Counsel for Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz*