# EXHIBIT 1



## הנהלת בתי המשפט
## إدارة المحاكم
## COURTS ADMINISTRATION

Legal Assistance to Foreign Countries      המחלקה לסיוע למדינות זרות

Date: 26 מרץ 2023      our ref: 42461-03-23

### CERTIFICATE

The undersigned authority, **upon authorization from the Director of Courts**, has the honor to certify, in conformity with Article 6 of the Convention,

1) That the documents directed to **N.S.O. GROUP TECHNOLOGIES LTD** have been served*
   - The 22/3/2023
   - At 22 Galgalei Haplada St., Herzliya 4672222, Israel.

*a)* In accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention*.

The documents referred to in the request have been delivered to:
   - Identity and description of person: **The Addressee himself.**
   - **Please note – as you have requested the documents were served by Mr. Eitan Newman ID 58615667. According to your request, he is working on your behalf, and authorized by you.**
   - In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*

Documents returned: ............................................................................

In appropriate cases, documents establishing the service:

............................................................................

Done in Jerusalem,

**Advocate Barak Laser**
The Legal Advisor to the
Administration of Courts
Jerusalem, Israel

1 מתוך 1

---

רח׳ כנפי נשרים 22 ירושלים 9546436
Kanfey Nesharim st. 22, Jerusalem, 9546436, Israel
טל׳: 074-7481836    פקס: 074-7481887
E-mail: Foreign.Countries@court.gov.il
- עדיפות לדוא״ל -

266-00027473-80
19/03/2023 תאריך הנפקה:
הופק ע"י ענת גבע

אל: ח"ז N.S.O. GROUP TECHNOLOGIES LTD
גלגלי הפלדה 22   מיקוד 4672222
הרצליה

---

מען להחזרת אישור המסירה:
רח' כנפי נשרים 22, ירושלים

מדינת ישראל -
חיק בימ"ש 23-03-42461

אישור מסירה לסריקה
266-00027473-80

אל: ח"ז N.S.O. GROUP TECHNOLOGIES LTD
גלגלי הפלדה 22   מיקוד 4672222 הרצליה

Administration of courts
Legal Assistance to
Foreign Countries
2 ː -3-23
RECEIVED

☐ פקיד מסירה   ☐ עובד דואר ישראל

ביקור 1: בתאריך 20/3/23 בשעה 1530 שם [חתימה] ☐ לא נמצא בבית
ביקור 2: בתאריך 22/3/23 בשעה 1400 שם [חתימה] ☐ לא נמצא בבית
ביקור 3: בתאריך _____ בשעה _____ שם _____ ☐ לא נמצא בבית

דבר הדואר נמסר באופן הבא: ☒ 1. לידי הנמען הרשום   ☐ 2. בהעדר הנמען נמסר למי שגר עימו בבית ונראה כי מלאו לו 18 שנה
☐ 6. סרב לקבל - הודבק

דבר הדואר לא נמסר:   ☐ 5. עזב   ☐ 9. לאחר ביקור שלישי - הודבק   ☐ 4. מען בלתי מספיק   ☐ 8. לא ידוע במען
☐ 11. לאחר ביקור שלישי - הונח בתיבת הדואר

שם המקבל [חתימה]   חתימתו   שם פקיד המסירה / שם דואר ישראל   חתימתו   תאריך 22/3/23

Case No.: 3:23-cv-07513

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Tom R. McLean, Esq.<br>Admitted to the State of Kansas Bar, #19309<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR ISRAEL<br>Directorate of Courts<br>22 Kanfei Nesherim St.<br>Jerusalem, 95464<br>P.O.B. 34142<br>ISRAEL |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* NSO GROUP TECHNOLOGIES LIMITED
22 Galgalei Haplada, Herzliya 4672222
ISRAEL    -OR-    wherever the Defendant may be found in ISRAEL

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*~~ _____

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

**THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; ANY ATTORNEY; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT.** (See U.S. declarations to the 1965 Convention at the Hague Conference website: https://www.hcch.net/en/states/authorities/details3/?aid=279).

List of documents
*Enumération des pièces*

See Attachment "A."

Done at Leawood, Kansas, U.S.A., the 02/28/2023
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate
*Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)    USM-94
(Est. 11/22/77)

Case No.: 3:23-cv-07513

## Attachment "A"
## to "Request" – List of documents

- Executed "Request" with Attachment "A"
- "Certificate" (unexecuted)
- "Summary"
- "Notice"
- Summons in a Civil Action
- Amended Complaint with Exhibit A
- Related Case Order
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for Civil Cases before Judge James Donato
- Contents of Joint Case Management Statement
- Notice of Eligibility for Video Recording
- EFC Registration Information
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction