# EXHIBIT 2



## הנהלת בתי המשפט
## إدارة المحاكم
## COURTS ADMINISTRATION

Legal Assistance to Foreign Countries      המחלקה לסיוע למדינות זרות

Date: 26 מרץ 2023      our ref: 42472-03-23

### CERTIFICATE

The undersigned authority, **upon authorization from the Director of Courts**, has the honor to certify, in conformity with Article 6 of the Convention,

1) That the documents directed to **Q CYBER TECHNOLOGIES LTD** have been served*
   - The 22/3/2023
   - At 22 Galgalei Haplada St., Herzliya 4672222, Israel.

a) In accordance with the provisions of sub-paragraph *(a)* of the first paragraph of Article 5 of the Convention*.

The documents referred to in the request have been delivered to:
   - Identity and description of person: **The Addressee himself.**

   - **Please note – as you have requested the documents were served by Mr. Eitan Newman ID 58615667. According to your request, he is working on your behalf, and authorized by you.**

   - In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*

Documents returned: ..................................................................

In appropriate cases, documents establishing the service:

..................................................................

Done in Jerusalem,

**Advocate Barak Laser**
The Legal Advisor to the
Administration of Courts
Jerusalem, Israel

1 מתוך 1

אל: ח"ז Q CYBER TECHNOLOGIES LTD
גלגלי הפלדה 22   מיקוד 4672222
הרצליה

266-00027481-80
19/03/2023 :תאריך הנפקה
הופק ע"י ענח גבע

אל ח"ז Q CYBER TECHNOLOGIES LTD
גלגלי הפלדה 22   מיקוד 4672222 הרצליה

אישור מסירה לסריקה
266-00027481-80

מדינת ישראל-
תיק בימ"ש 42472-03-23

מען להחזרת אישור המסירה:
רח' כנפי נשרים 22, ירושלים

Administration of court
Legal Assistance to
Foreign Countries
26-03-2023
RECEIVED

□ פקיד מסירה   □ עובד דואר ישראל
ביקור 1: בתאריך 20/3/23 בשעה 1530 שם _____ □ לא נמצא בבית
ביקור 2: בתאריך 22/3/23 בשעה 1400 שם _____ □ לא נמצא בבית
ביקור 3: בתאריך _____ בשעה _____ שם _____ □ לא נמצא בבית

☒ 1. לידי הנמען הרשום   □ 2. בהעדר הנמען נמסר למי שגר עימו בבית ונראה כי מלאו לו 18 שנה
□ 6. סרב לקבל - הודבק

דבר הדואר לא נמסר:   □ 5. עזב   □ 9. לאחר ביקור שלישי - חודבק   □ 4. מען בלתי מספיק   □ 8. לא ידוע במען
☒ 11. לאחר ביקור שלישי - הונח בתיבת הדואר

תאריך 22/3/23   חתימתו   שם פקיד המסירה / עובד דואר ישראל   חתימתו   שם המקבל

Case No.: 3:23-cv-07513

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Tom R. McLean, Esq. | HAGUE CENTRAL AUTHORITY FOR ISRAEL |
| Admitted to the State of Kansas Bar, #19309 | Directorate of Courts |
| LEGAL LANGUAGE SERVICES | 22 Kanfei Nesherim St. |
| 8014 State Line Road, Suite 110 | Jerusalem, 95464 |
| Leawood, Kansas 66208 | P.O.B. 34142 |
| UNITED STATES OF AMERICA | ISRAEL |
| Tel. 1.913.341.3167 | |

The undersigned applicant has the honour to transmit –in duplicate– the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir—en double exemplaire—à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*   Q CYBER TECHNOLOGIES LIMITED
22 Galgalei Haplada, Herzliya 4672222
ISRAEL    -OR-    wherever the Defendant may be found in ISRAEL

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :~~ _____

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents—and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte—et de ses annexes—avec l'attestation figurant au verso.*

THE PERSONS AND ENTITIES WITHIN THE UNITED STATES COMPETENT TO FORWARD SERVICE REQUESTS PURSUANT TO ARTICLE 3 INCLUDE ANY COURT OFFICIAL; **ANY ATTORNEY**; OR ANY OTHER PERSON OR ENTITY AUTHORIZED BY THE RULES OF THE COURT. (See U.S. declarations to the 1965 Convention at the Hague Conference website: https://www.hcch.net/en/states/authorities/details3/?aid=279).

List of documents
*Enumération des pièces*

See Attachment "A."

Done at Leawood, Kansas, U.S.A., the 02/28/2023
*Fait à* _____, *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAC-116, both of which may still be used)

USM-94
(Est 11/22/77)

*Delete if inappropriate
*Rayer les mentions inutiles.*

Case No.: 3:23-cv-07513

**Attachment "A"**
**to "Request" – List of documents**

- Executed "Request" with Attachment "A"
- "Certificate" (unexecuted)
- "Summary"
- "Notice"
- Summons in a Civil Action
- Amended Complaint with Exhibit A
- Related Case Order
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order for Civil Cases before Judge James Donato
- Contents of Joint Case Management Statement
- Notice of Eligibility for Video Recording
- EFC Registration Information
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction

Attachment "A"
to "Request" – List of documents