| | |
|---|---|
| PAUL HOFFMAN #71244 | CARRIE DECELL, *Pro Hac Vice* |
| JOHN WASHINGTON #315991 | JAMEEL JAFFER, *Pro Hac Vice* |
| Schonbrun, Seplow, Harris, | ALEX ABDO, *Pro Hac Vice* |
|   Hoffman & Zeldes LLP | STEPHANIE KRENT, *Pro Hac Vice* |
| 200 Pier Avenue, Suite 226 | EVAN WELBER FALCÓN, *Pro Hac Vice* |
| Hermosa Beach, CA 90254 | Knight First Amendment Institute |
| T: (424) 297-0114 |   at Columbia University |
| F: (310) 399-7040 | 475 Riverside Drive, Suite 302 |
| hoffpaul@aol.com | New York, NY 10115 |
| | T: (646) 745-8500 |
| *Counsel for all Plaintiffs\** | F: (646) 661-3361 |
| | carrie.decell@knightcolumbia.org |
| *\*See signature page for complete list of Plaintiffs* | *Counsel for all Plaintiffs\** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>    Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 3:22-cv-07513-JD<br><br>**PLAINTIFFS' OBJECTION AND REQUEST TO STRIKE DEFENDANTS' OPENING BRIEF ON THEIR MOTION TO DISMISS** |

Plaintiffs respectfully request that the Court strike Defendants' opening brief in support of their motion to dismiss, ECF No. 42, for failure to comply with the page limits as set forth in the Court's Standing Order for Civil Cases ("Standing Order"), available at https://www.cand.uscourts.gov/wp-content/uploads/judges/donato-jd/JD_Standing-Order-For-Civil-Cases-Before-Judge-Donato.pdf. The Standing Order states in bold: "**Except for summary judgment and class certification motions, opening and opposition briefs may not exceed 15 pages, and reply briefs may not exceed 10 pages.**" Standing Order ¶ 18. The Court has made clear that "parties must request extra pages in advance of the filing deadline, and oversized briefs that have not been pre-approved by the Court will be stricken." *Doe v. City of Concord*, No. 20-cv-02432-JD, 2021 WL 3140782 at *2 (N.D. Cal. July 26, 2021); *see, e.g.*, Order by Hon. James Donato Striking 98 Motion to Dismiss, *Long v. Graco Children's Prods. Inc.*, No. 3:13-cv-01257-JD (N.D. Cal. Jul. 29, 2014), ECF No. 102. The Court has further explained that its "page limits are based on long experience and its confidence that they are more than enough for most motions," and therefore, "additional pages will rarely be granted." *Doe v. City of Concord*, 2021 WL 3140782, at *2.

Despite the Court's clear rule, Defendants filed an opening brief of 24 pages in support of their motion to dismiss Plaintiffs' Amended Complaint. ECF No. 42. Defendants appear to be familiar with the Court's rule, having nearly complied with it in submitting an opening brief in support of their renewed motion to dismiss in the related case *Apple Inc. v. NSO Group Technologies Limited, et al.*, No. 3:21-cv-09078-JD (N.D. Cal. Mar. 10, 2023), ECF No. 48.

For these reasons, Plaintiffs respectfully ask the Court to strike Defendants' opening brief. To avoid further prejudice to Plaintiffs, Plaintiffs respectfully ask the Court to require Defendants to file any conforming brief by noon on Friday, April 21, 2023.

| | |
|---|---|
| DATED: April 20, 2023 | KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY |
| | /s/ Carrie DeCell |
| | Carrie DeCell |
| | *Counsel for Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz* |