| | |
|---|---|
| Jennifer Bennett (State Bar No. 296726) | Jonathan E. Taylor* |
| **GUPTA WESSLER PLLC** | **GUPTA WESSLER PLLC** |
| 100 Pine Street, Suite 1250 | 2001 K Street NW, Suite 850 North |
| San Francisco, CA 94111 | Washington, DC 20006 |
| (415) 573-0336 | (202) 888-1741 |
| *jennifer@guptawessler.com* | *jon@guptawessler.com* |
| *Counsel for Amici Curiae Legal Scholars* | **Pro hac vice application forthcoming* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA C. GUTIERREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA B. LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTINEZ, OSCAR MARTINEZ, MARIA L. NOCHEZ, VICTOR PENA, NELSON R. ZABLAH, MAURRICIO S. SARIANO, JOSE L. SANZ, DANIEL R. MARTINEZ, DANIEL LIZARRAGA, and CARLOS L. SALAMANCA, <br><br> *Plaintiffs*, <br> v. <br><br> NSO GROUP TECHNOLOGIES LTD, and Q CYBER TECHNOLOGIES LTD, <br><br> *Defendants*. | Case No. 3:22-cv-07513 <br><br> Hon. James Donato <br><br> **NOTICE OF APPEARANCE OF JENNIFER D. BENNETT** |

Please take notice that Jennifer D. Bennett of Gupta Wessler PLLC hereby appears as counsel in this action for amici curiae legal scholars.

Dated: May 26, 2023                                     Respectfully submitted,

/s/ *Jennifer D. Bennett*
Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*