| | |
|---|---|
| Jennifer Bennett (State Bar No. 296726)<br>**GUPTA WESSLER PLLC**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>*jennifer@guptawessler.com* | Jonathan E. Taylor\*<br>**GUPTA WESSLER PLLC**<br>2001 K Street NW, Suite 850 North<br>Washington, DC 20006<br>(202) 888-1741<br>*jon@guptawessler.com* |
| *Counsel for Amici Curiae Legal Scholars* | *\* Pro hac vice application forthcoming* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA C. GUTIERREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA B. LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTINEZ, OSCAR MARTINEZ, MARIA L. NOCHEZ, VICTOR PENA, NELSON R. ZABLAH, MAURRICIO S. SARIANO, JOSE L. SANZ, DANIEL R. MARTINEZ, DANIEL LIZARRAGA, and CARLOS L. SALAMANCA,<br><br>*Plaintiffs*,<br>v.<br><br>NSO GROUP TECHNOLOGIES LTD, and Q CYBER TECHNOLOGIES LTD,<br><br>*Defendants*. | Case No. 3:22-cv-07513<br><br>Hon. James Donato<br><br>Hearing date not set<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF LEGAL SCHOLARS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Amici curiae are legal scholars at law schools throughout the United States who specialize in civil procedure and other issues relevant to this case. They respectfully move the Court for leave to file the attached brief in support of the plaintiffs. The plaintiffs consent to this request. Counsel for amici curiae do not know the position of the defendants. Their counsel declined to say whether they would oppose this request despite multiple attempts to ascertain their position.

Amici wish to file the attached brief to share their professional views regarding the arguments advanced by NSO Group in moving to dismiss the claims for lack of personal jurisdiction. The brief responds to two arguments that NSO makes in contesting specific personal jurisdiction. First, NSO argues that the traditional three-part "minimum contacts" inquiry is inapplicable to tort cases and that the plaintiffs must instead satisfy the "effects test" derived from *Calder v. Jones*, 465 U.S. 783 (1984). Second, NSO argues that jurisdiction is proper under that test only if the plaintiffs were injured in the forum state. As this brief explains, both arguments are wrong and conflict with binding precedent.

The full list of amici is as follows: **William Aceves** is the Dean Steven R. Smith Professor of Law and Associate Dean for Assessment and Teaching at California Western School of Law. His teaching areas include civil procedure, international law, and human rights. He works on projects involving the domestic application of international law and has written extensively in this field. He has represented several organizations and legal scholars as amicus curiae in cases before the federal courts, including the Supreme Court. He is also a member of the American Law Institute.

**William C. Banks** is the College of Law Board of Advisors Distinguished Professor of Law at Syracuse University College of Law. He has authored numerous articles and has written or edited several books, including *National Security Law* and *Constitutional Law: Structure and Rights in Our Federal System*. He previously served as a Special Counsel to the U.S. Senate Judiciary Committee.

**Maggie Gardner** is a Professor of Law at Cornell Law School. She is a scholar of civil procedure and international law and is a founding editor of the Transnational Litigation Blog. Her

-1-

scholarship on international litigation in U.S. courts has been published in such journals as the University of Pennsylvania Law Review, Virginia Law Review, NYU Law Review, and Stanford Law Review.

**Helen Hershkoff** is the Herbert M. and Svetlana Wachtell Professor of Constitutional Law and Civil Liberties at New York University School of Law. She is a co-author of a leading civil-procedure casebook and co-author and co-editor of *Civil Litigation in Comparative Context*, now in its second edition. She is also part of the author team of Wright and Miller's *Federal Practice & Procedure*.

**Adam Steinman** is the Robert W. Hodgkins Endowed Chairholder in Law at the University of Alabama School of Law and was recently the Sidley Austin-Robert D. McLean Visiting Professor of Law at Yale Law School (Fall 2022). He has authored numerous articles and has co-written several books, including *Civil Procedure: Cases and Materials* and *Federal Courts: Cases, Comments and Questions*. He is also a co-author of the Wright & Miller *Federal Practice & Procedure* treatise volumes covering personal jurisdiction.

**Julie C. Suk** is a Professor of Law at Fordham University School of Law, where she teaches civil procedure and comparative constitutional law. She is an interdisciplinary legal scholar who has written two books and numerous articles on women and gender equality in global perspective. Her research interests include constitutional and social change, antidiscrimination law, civil litigation as an enforcement mechanism for public law, access to justice, political and legal theory, and law and literature.

Dated: May 26, 2023                                    Respectfully submitted,

/s/ *Jennifer D. Bennett*
Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
jennifer@guptawessler.com

Jonathan E. Taylor*
**GUPTA WESSLER PLLC**
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*jon@guptawessler.com*

*\* Pro hac vice application forthcoming*

*Counsel for Amici Curiae Legal Scholars*