Jennifer Bennett (State Bar No. 296726)
**GUPTA WESSLER PLLC**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

*Counsel for Amici Curiae Legal Scholars*

Jonathan E. Taylor\*
**GUPTA WESSLER PLLC**
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*jon@guptawessler.com*

*\*Pro hac vice application forthcoming*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA C. GUTIERREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA B. LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTINEZ, OSCAR MARTINEZ, MARIA L. NOCHEZ, VICTOR PENA, NELSON R. ZABLAH, MAURRICIO S. SARIANO, JOSE L. SANZ, DANIEL R. MARTINEZ, DANIEL LIZARRAGA, and CARLOS L. SALAMANCA,<br><br>*Plaintiffs*,<br>v.<br><br>NSO GROUP TECHNOLOGIES LTD, and Q CYBER TECHNOLOGIES LTD,<br><br>*Defendants*. | Case No. 3:22-cv-07513<br><br>Hon. James Donato<br><br>Hearing date not set<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF LEGAL SCHOLARS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Motion for leave to file brief of legal scholars as amici curiae in support of plaintiffs' opposition to defendants' motion to dismiss is hereby granted.

**IT IS SO ORDERED.**

Dated: _____      _____
HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE