# EXHIBIT A

| | |
|---|---|
| **From:** | Caroline DeCell |
| **To:** | Aaron Craig; hoffpaul@aol.com |
| **Cc:** | Joe Akrotirianakis; Matt Dawson; Carla Christofferson; Stephanie C Krent; Christine Choi |
| **Subject:** | Re: Dada et al v. NSO Group |
| **Date:** | Thursday, August 10, 2023 11:14:39 AM |
| **Attachments:** | image001.png |

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Hi Aaron,

We'd like just one additional day for our opposition. We would consent to the following briefing schedule for Defendants' motion for a protective order: Plaintiffs' opposition due 8 days after the filing of the motion, and Defendants' reply due two days after the filing of Plaintiffs' opposition. I'm assuming that if the deadlines fall on a weekend or holiday, they'll shift to the next court day, as usual.

Thanks,
Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Wednesday, August 9, 2023 at 6:59 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com" <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, Stephanie C Krent <stephanie.krent@knightcolumbia.org>, Christine Choi <CChoi@KSLAW.com>
**Subject:** RE: Dada et al v. NSO Group

Carrie:  We would like the motion for protective order to be heard as soon as possible.  We are considering filing it as an administrative motion under the local rules, in which case your opposition would be due four days from our filing date.  The other option is to file it as a noticed motion accompanied by an administrative motion to shorten time.

If we went the latter route, would Plaintiffs consent to a briefing schedule of: Plaintiffs' opposition due 7 calendar days after filing, and Defendants' reply due on the second subsequent court day?

Please let us know your position on shortening time – happy to get on a call to discuss as well.

Aaron

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Wednesday, August 9, 2023 9:54 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Would you mind if we used Zoom instead? We have previously encountered glitches with Microsoft Teams. I'll follow up with a calendar invite as well.

Join Zoom Meeting
https://columbiauniversity.zoom.us/j/92303983614?pwd=aE1uOXVyc1hkVTR4YVhOV3J5Mjlmdz09

Meeting ID: 923 0398 3614
Passcode: 873798

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Wednesday, August 9, 2023 at 12:42 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com" <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

Thanks: Can we please start the call at 10:15/1:15 so that we can review your draft first?

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Wednesday, August 9, 2023 9:33:31 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Hi Aaron,

Attached is a redline with responses to your edits and comments. My colleague Mayze Teitler will be joining the call as well.

Thanks,
Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Tuesday, August 8, 2023 at 7:15 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com" <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie

C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** RE: Dada et al v. NSO Group

Thanks Carrie.  Sending you an invite for 1:00 p.m. EDT tomorrow.

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Tuesday, August 8, 2023 7:04 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

| CAUTION: **MAIL FROM OUTSIDE THE FIRM** |
| --- |

Hi Aaron,

We'll review your edits today. I'm free for a call tomorrow (Wednesday) from 1–3pm and 4–6pm ET.

Thanks,
Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Monday, August 7, 2023 at 11:26 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com" <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** RE: Dada et al v. NSO Group

Carrie:  I'm not sure that the "streamlined" concept will be acceptable to all the various stakeholders that need to sign off on this.  Before I present it to them, there's certain provisions that clearly need to be revised and/or re-inserted.  We would like to know if the attached revisions are acceptable to Plaintiffs, because if they aren't, we should just cut through all this and file our motion for a protective order.

Are you free for a call to discuss this tomorrow or Wednesday?

Thanks,

Aaron.

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Tuesday, August 1, 2023 11:16 AM

**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla
Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C
Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

| CAUTION: **MAIL FROM OUTSIDE THE FIRM** |
| --- |

Hi Aaron,

Please see attached. We streamlined the model protective order based on the information
you shared about the material you plan to file and the level of protection you are seeking.
Please let me know if you'd like to discuss.

Regards,
Carrie

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Tuesday, August 1, 2023 at 1:29 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com"
<hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla
Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie
C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** RE: Dada et al v. NSO Group

Please send it today.  Thanks.

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Monday, July 31, 2023 11:25 AM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla
Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C
Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

| CAUTION: **MAIL FROM OUTSIDE THE FIRM** |
| --- |

Hi Aaron,

We have been in touch with potential expert witnesses but still are not in a position to agree
on a blanket protective order for this case. We can, however, agree to a limited protective
order just for purposes of the filing you plan to make in connection with Defendants'
motion to dismiss, as described below. We will send draft language for a limited protective
order by tomorrow, unless you already have proposed language for that narrower scope. As
I have previously explained, we will reserve the right to object to the filing itself, as well as
to any particular document designations under the protective order.

Regards,

Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Friday, July 28, 2023 at 6:28 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com" <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** RE: Dada et al v. NSO Group

Carrie:  We have been very patient, but we need to know your position by Tuesday.  We disagree that there is any language in our draft order that is not from the standard order.  The standard order does contain certain "optional" provisions that we removed because they were not applicable here. If you would like them included, let's discuss.

Please provide your position by Tuesday or we will file our motion asking Judge Donato to enter the protective order.

Aaron

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Monday, July 24, 2023 12:03 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

CAUTION: MAIL FROM OUTSIDE THE FIRM

Hi Aaron,

We will not be in a position to agree on a stipulated protective order by tomorrow. It appears you added some language and deleted some other language from the N.D. Cal. model order, so from what we can tell, this is not exactly the Court's standard order. As I mentioned, we are conferring with our clients and prospective expert witnesses about the provisions that would be of most concern to them. We will respond with our proposed revisions to the draft as soon as we are able to.

Regards,
Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Thursday, July 20, 2023 at 4:01 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, "hoffpaul@aol.com"

<hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla
Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie
C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** RE: Dada et al v. NSO Group

Carrie:  I'm sympathetic that you're out of the office this week, but we provided you with the
proposed Order last week.  This is the Court's standard Order—it should not be controversial.  If we
don't have your proposed revisions by Tuesday, we intend to file a motion asking the Court to enter
its standard protective order.  Please let us know if you will be providing revisions by Tuesday or if
we should prepare our motion.

Aaron

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Wednesday, July 19, 2023 1:42 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla
Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C
Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

**CAUTION: MAIL FROM OUTSIDE THE FIRM**
Hi Aaron,

We have started to review your proposed protective order, but we have not yet had time to
fully consider its impacts on evidence our clients may have and evidence we may want to
share with expert witnesses. We will need to consult with our clients and potential expert
witnesses before agreeing on specific language. I am out of the office this week, and we will
need more time to review regardless. We'll then follow up with our proposed revisions.

Thanks,
Carrie

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Tuesday, July 18, 2023 at 1:49 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, hoffpaul@aol.com
<hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla
Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>, Stephanie
C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** RE: Dada et al v. NSO Group

Carrie:  I understand your position.  If you have any revisions to our proposed protective order, can
you please provide them today?

Thanks very much.

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Friday, July 14, 2023 12:02 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>; Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** Re: Dada et al v. NSO Group

> CAUTION: **MAIL FROM OUTSIDE THE FIRM**

Hi Aaron,

As we discussed yesterday, plaintiffs would object to any new filing in support of defendants' motion to dismiss, given that briefing on the motion closed on June 2. That said, we are willing to begin negotiations over a stipulated protective order in anticipation of discovery. We will review the draft stipulation and follow up with any proposed revisions. I'm copying my colleague Stephanie Krent here as well.

Thanks,
Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Thursday, July 13, 2023 at 5:06 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, hoffpaul@aol.com <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>
**Subject:** RE: Dada et al v. NSO Group

Caroline:  I'm available at 7:30 pm ET today.  I will send an invite.

---

**From:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>
**Sent:** Thursday, July 13, 2023 1:59 PM
**To:** Aaron Craig <ACraig@KSLAW.com>; hoffpaul@aol.com
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>; Matt Dawson <MDawson@KSLAW.com>; Carla Christofferson <CChristofferson@KSLAW.com>; James Cone <JCone@KSLAW.com>
**Subject:** Re: Dada et al v. NSO Group

> CAUTION: **MAIL FROM OUTSIDE THE FIRM**

Hi Aaron,

I'm available for a call today after 7:30pm ET and tomorrow from 9:30am–12:30pm and 2–4:30pm ET. Is there a time that would work for you?

Thanks,
Carrie

---

**From:** Aaron Craig <ACraig@KSLAW.com>
**Date:** Thursday, July 13, 2023 at 3:13 PM
**To:** Caroline DeCell <Carrie.DeCell@knightcolumbia.org>, hoffpaul@aol.com <hoffpaul@aol.com>
**Cc:** Joe Akrotirianakis <JAkro@KSLAW.com>, Matt Dawson <MDawson@KSLAW.com>, Carla Christofferson <CChristofferson@KSLAW.com>, James Cone <JCone@KSLAW.com>
**Subject:** Dada et al v. NSO Group

Counsel:

NSO intends to provide you (on an attorney's eyes only basis) and the court (under seal) with certain information relevant to your clients' case against NSO and the pending Motion to Dismiss.  Before NSO can do so, NSO is required to obtain entry of a confidentiality protective order.

Pursuant to that, we have prepared the above proposed stipulated protective order, with all language taken directly from the Northern District of California's model order.  Can you please review and let us know if Plaintiffs are willing to stipulate to entry of the Order?

We're available to discuss this week.

Thanks very much.

**Aaron Craig**
*Partner*

T: +1 213 443 4311  |  E: acraig@kslaw.com  |  Bio  |  vCard

King & Spalding LLP
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view

our Privacy Notice.