JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:     (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*Honorable James Donato*]<br><br>**UNOPPOSED ADMINISTRATIVE MOTION SHORTENING TIME FOR BRIEFING AND HEARING ON MOTION FOR ENTRY OF [PROPOSED] PROTECTIVE ORDER (CIVIL L.R. 6-3)**<br><br>Action Filed:  11/30/2022 |

## I.   INTRODUCTION

Defendants' motion to dismiss is currently pending before the Court [ECF No. 42]. After the motion was fully briefed, Defendants obtained highly sensitive confidential information that is relevant to their motion to dismiss. Entry of a protective order is a prerequisite to Defendants' ability to disclose this information to the Court and the Plaintiffs' counsel without violating their legal obligations.

On July 13, 2023, Defendants provided to Plaintiffs a draft protective order modelled entirely on the Court's standard protective order for cases with highly sensitive confidential information. Plaintiffs refused to provide any comments on the draft order until August 1, 2023. Thereafter, the parties reached an impasse. Defendants seek to provide this information to the Court and the Plaintiffs' counsel at the earliest opportunity, and respectfully ask the Court to shorten time on the briefing for the Motion for Entry of [Proposed] Protective Order ("Motion"). This request is unopposed. *See* Declaration of Aaron Craig ("Craig Decl."), Exh. A.

Under this Court's rules, the Motion has been noticed for hearing on September 28, 2023. The parties have agreed to an abbreviated briefing schedule pursuant to Civil Local Rule 6-3—specifically that Plaintiffs file their opposition within 8 days after the filing of Defendants' Motion, and Defendants file any reply within 2 days after the filing of Plaintiffs' opposition.

## II.   ARGUMENT

Motions may be heard on shortened time if good cause exists. Fed. R. Civ. P. 6(c)(1)(C); Civil L.R. 6-3(a). The motion and supporting declaration must identify "the substantial harm or prejudice that would occur if the Court does not change the time." Civil L.R. 6-3(a).

Good cause exists to hear Defendants' Motion on shortened time. Defendants have sought for over a month to present to the Court certain new information relevant to their pending motion to dismiss. Plaintiffs took several weeks to provide Defendants with their position about the proposed protective order. The parties then spent more time trying to agree on language of a protective order but were unable to do so. Good cause exists to shorten time so that the Court and Plaintiffs' counsel can finally receive the material information Defendants have been trying

to provide to them for several weeks. Plaintiffs have agreed to a shortened briefing schedule on the Motion. The Court has good cause to grant this unopposed request.

### III. CONCLUSION

Defendants respectfully request that the Court grant this motion to shorten time. Plaintiffs should file any opposition within 8 days of the filing of the Motion (i.e. August 25, 2023), and Defendants' reply shall be filed within 2 days of the filing of Plaintiffs' opposition, or the next court day thereafter (i.e. August 28, 2023).

DATED: August 17, 2023

KING & SPALDING LLP

By: /s/ Aaron S. Craig
JOSEPH N. AKROTIRIANAKIS
AARON S. CRAIG
Attorneys for Defendants NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.