UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ, <br><br> Plaintiffs, <br><br> v. <br><br> NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD., <br><br> Defendants. | Case No. 3:22-cv-07513-JD <br> [*Honorable James Donato*] <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION FOR AN ORDER SHORTENING TIME** <br><br> Action Filed:  11/30/2022 |

On August 17, 2023, Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited filed a Motion for Entry of [Proposed] Protective Order and an Unopposed Administrative Motion for an Order Shortening Time for Briefing and Hearing the Motion. The Court, having considered all filings in support of the Unopposed Administrative Motion for an Order Shortening Time, finds that good cause exists for the request. Defendants' Administrative Motion for an Order Shortening Time is therefore GRANTED.

Plaintiffs are ORDERED to file an opposition to the Motion for Entry of [Proposed] Protective Order by August 25, 2023 and Defendants are ORDERED to file a reply in support of the Motion for Entry of [Proposed] Protective Order by August 28, 2023.

It is further ORDERED that the Court shall take the Motion for Entry of [Proposed] Protective Order under submission without oral argument, unless the Court subsequently orders otherwise.

**IT IS SO ORDERED.**

DATED: _____   _____
                                          Honorable James Donato
                                          United States District Judge