| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for all Plaintiffs\**<br><br>*\*See Signature Page for Complete List of Plaintiffs* | CARRIE DECELL, *Pro Hac Vice*<br>JAMEEL JAFFER, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>STEPHANIE KRENT, *Pro Hac Vice*<br>EVAN WELBER FALCÓN, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for all Plaintiffs\** |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>    Plaintiff,<br><br>  v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 3:22-cv-07513-JD<br><br>**NOTICE OF CHANGE IN COUNSEL FOR ALL PLAINTIFFS** |

Case No. 3:22-cv-07513-JD               NOTICE OF CHANGE IN COUNSEL
                                         FOR ALL PLAINTIFFS

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz file this Notice of Change in Counsel to notify the Court and Defendants that Evan Welber Falcón has withdrawn as attorney of record for Plaintiffs. Attorneys from the Knight First Amendment Institute at Columbia University and Schonbrun, Seplow, Harris, Hoffman & Zeldes LLP will continue to represent Plaintiffs.

Dated: September 1, 2023

Respectfully submitted,

/s/ Evan Welber Falcón
Evan Welber Falcón, *Pro Hac Vice*
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
T: (646) 745-8500
F: (646) 661-3361
evan.welberfalcon@knightcolumbia.org

*Counsel for Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Mauricio Sandoval Soriano, and José Luis Sanz*