JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*Honorable James Donato*]<br><br>**STIPULATION IN SUPPORT OF [PROPOSED] LIMITED PROTECTIVE ORDER**<br><br>*No hearing scheduled.*<br><br>Action Filed:   11/30/2022 |

1    The parties, by and through their respective attorneys of record, stipulate as follows:

2    WHEREAS, on August 17, 2023, Defendants filed a motion for entry of a proposed
3    protective order to provide certain documents to Plaintiff's counsel and to the Court that
4    Defendants contend are sensitive and highly confidential and should be subject to an attorneys'
5    eyes only designation (the "AEO Materials"); and

6    WHEREAS, on October 3, 2023, the Court ordered that in the absence of an agreement
7    by the parties on a protective order, the Court will enter the District's Stipulated Protective Order
8    for Standard Litigation and that the parties shall file by October 16, 2023, a proposed protective
9    order consistent with this Order; and

10   WHEREAS, on October 10, 2023, the parties conferred and came to an agreement on a
11   more limited protective order ("Stipulated Limited Protective Order"); and

12   WHEREAS, by agreeing to the Stipulated Limited Protective Order, Plaintiffs do not
13   agree or stipulate that it is necessary or proper for Defendants to file any confidential materials
14   with the Court in connection with their motion to dismiss, and Plaintiffs reserve all right to contest
15   any such filing; and

16   WHEREAS, the parties agree that the Stipulated Limited Protective Order is intended to
17   apply only to materials submitted to the Court or provided to counsel for Plaintiffs in connection
18   with Defendants' motion to dismiss and does not govern materials produced, served, exchanged,
19   or otherwise provided during discovery.

20   ACCORDINGLY, the parties hereby stipulate to and petition the Court to enter the
21   following Stipulated Limited Protective Order:

22   Plaintiffs' counsel shall not publish or share with anyone other than counsel of record in
23   this matter the materials that Defendants intend to submit to the Court in connection with their
24   pending motion to dismiss and that Defendants designate as "Highly Confidential Attorney's Eyes
25   Only" (the "AEO Materials"), except as agreed to in writing by Defendants, until such time as the
26   Court enters a confidentiality protective order, at which point the terms of that confidentiality
27   protective order shall govern the treatment of the AEO Materials.  If no such confidentiality
28   protective order is entered, Plaintiffs' counsel shall return or destroy all copies of the AEO

Materials within 60 days of the final disposition of this litigation, with final disposition deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 16, 2023　　　　　　/s/Carrie Decell  
　　　　　　　　　　　　　　　　　CARRIE DECELL  
　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

DATED: October 16, 2023　　　　　　/s/Joseph N. Akrotirianakis  
　　　　　　　　　　　　　　　　　JOSEPH N. AKROTIRIANAKIS  
　　　　　　　　　　　　　　　　　AARON S. CRAIG  
　　　　　　　　　　　　　　　　　Attorneys for Defendants  
　　　　　　　　　　　　　　　　　NSO GROUP TECHNOLOGIES LIMITED  
　　　　　　　　　　　　　　　　　and Q CYBER TECHNOLOGIES LIMITED