1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
    acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO GROUP TECHNOLOGIES
   LIMITED and Q CYBER TECHNOLOGIES LIMITED
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*Honorable James Donato*]<br><br>**[PROPOSED] LIMITED PROTECTIVE ORDER**<br><br>Action Filed:   11/30/2022 |

**[PROPOSED] LIMITED PROTECTIVE ORDER**

Plaintiffs' counsel shall not publish or share with anyone other than counsel of record in this matter the materials that Defendants intend to file in connection with their pending motion to dismiss and that Defendants designate as "Highly Confidential Attorney's Eyes Only," (the "AEO Materials"), except as agreed to in writing by Defendants, until such time as the Court enters a confidentiality protective order, at which point the terms of that confidentiality protective order shall govern the treatment of the AEO Materials.  If no such confidentiality protective order is entered, Plaintiffs' counsel shall return or destroy all copies of the AEO Materials within 60 days of the final disposition of this litigation, with final disposition deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                              Honorable James Donato
                                                                              United States District Judge