JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
 *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*Honorable James Donato*]<br><br>**STIPULATION REGARDING ENTERING [PROPOSED] PROTECTIVE ORDER**<br><br>*No hearing scheduled.*<br><br>Action Filed:   11/30/2022 |

The parties, by and through their respective attorneys of record, stipulate as follows:

Pursuant to the Court's Orders of October 3, 2023 and October 17, 2023, [Dkt. Nos. 62, 64], the parties hereby submit the proposed protective order attached hereto, which follows exactly the "Stipulated Protective Order for Standard Litigation," and request that it be entered.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 24, 2023      /s/Carrie Decell
                             CARRIE DECELL
                             Attorney for Plaintiffs

DATED: October 24, 2023      /s/Aaron S. Craig
                             JOSEPH N. AKROTIRIANAKIS
                             AARON S. CRAIG
                             Attorneys for Defendants
                             NSO GROUP TECHNOLOGIES LIMITED
                             and Q CYBER TECHNOLOGIES LIMITED

## **ATTESTATION**

I, Aaron S. Craig, attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: October 24, 2023                Respectfully submitted,

                                       /s/ Aaron S. Craig
                                       Aaron S. Craig