JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES
LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br><br>[*Honorable James Donato*]<br><br>**[PROPOSED] ORDER SUPPLEMENTING THE PROTECTIVE ORDER**<br><br>Action Filed:   11/30/2022 |

Having reviewed the parties' Stipulation to Supplement the Protective Order, the Court orders that the existing protective order [Dkt. 66] be supplemented as follows:

> Plaintiffs' counsel shall not publish or share with anyone other than counsel of record in this matter the foreign materials that Defendants intend to submit to the Court in connection with their pending motion to dismiss and that Defendants designate as "Highly Confidential Attorney's Eyes Only" (the "Highly Confidential Foreign Materials"), except as agreed to in writing by Defendants, until such time as the Court enters a confidentiality protective order providing for treatment of certain materials as Highly Confidential Attorney's Eyes Only, at which point the terms of such confidentiality protective order shall govern the treatment of the Highly Confidential Foreign Materials. If no such confidentiality protective order is entered, Plaintiffs' counsel shall return or destroy all copies of the Highly Confidential Foreign Materials within 60 days of the final disposition of this litigation, with final disposition deemed to be the later of (1) dismissal of all claims and defenses in this action, with or without prejudice; and (2) final judgment herein after the completion and exhaustion of all appeals, rehearings, remands, trials, or reviews of this action, including the time limits for filing any motions or applications for extension of time pursuant to applicable law.

**IT IS SO ORDERED.**

DATED: _____       _____
                                    Honorable James Donato
                                    United States District Judge