| | |
|---|---|
| PAUL HOFFMAN #71244<br>JOHN WASHINGTON #315991<br>Schonbrun, Seplow, Harris,<br>  Hoffman & Zeldes LLP<br>200 Pier Avenue, Suite 226<br>Hermosa Beach, CA 90254<br>T: (424) 297-0114<br>F: (310) 399-7040<br>hoffpaul@aol.com<br><br>*Counsel for all Plaintiffs\**<br><br>*\*See Signature Page for Complete List of Plaintiffs* | CARRIE DECELL, *Pro Hac Vice*<br>JAMEEL JAFFER, *Pro Hac Vice*<br>ALEX ABDO, *Pro Hac Vice*<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>T: (646) 745-8500<br>F: (646) 661-3361<br>carrie.decell@knightcolumbia.org<br><br>*Counsel for all Plaintiffs\** |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants. | Case No. 3:22-cv-07513-JD<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Hearing Date: [None set]<br>Ctrm: 11 |

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully bring to the Court's attention a relevant decision issued in *WhatsApp v. NSO Group*, 19-cv-07123-PJH (N.D. Cal.), on November 15, 2023. A true and correct copy of the decision is attached hereto as **Exhibit A**. The court in *WhatsApp* denied defendants NSO Group and Q Cyber's motion to dismiss for forum non conveniens, as well as their motion for a protective order. Defendants' motion to dismiss Plaintiffs' claims for forum non conveniens and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) remains pending in this Court. ECF No. 46.

Dated: November 20, 2023

Paul Hoffman #71244
John Washington #315991
Schonbrun, Seplow, Harris,
 Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
T: (424) 297-0114
F: (310) 399-7040
hoffpaul@aol.com

Respectfully submitted,

/s/ Carrie DeCell
Carrie DeCell, *Pro Hac Vice*
Jameel Jaffer, *Pro Hac Vice*
Alex Abdo, *Pro Hac Vice*
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
carrie.decell@knightcolumbia.org

*Counsel for the Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz*