JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
  *jakro@kslaw.com*
AARON S. CRAIG (Bar No. 204741)
  *acraig@kslaw.com*
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br><br>[*Honorable James Donato*]<br><br>**DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S STATEMENT OF RECENT DECISION**<br><br>Action Filed:   11/30/2022 |

1  In connection with their pending Motion to Dismiss for *forum non conveniens* and under
2  Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants NSO Group Technologies
3  Limited and Q Cyber Technologies Limited (collectively, "NSO") submit the attached order in
4  *Khashoggi v. NSO Group Technologies Limited*, No. 1:23- cv-00779 (E.D. Va. Oct. 26, 2023),
5  under Local Rule 7-3(d)(2).  NSO respectfully directs the Court's attention to footnote 2 on page
6  2.

8  DATED:  December 20, 2023                KING & SPALDING LLP

11                                          By: */s/ Joseph N. Akrotirianakis*
                                                JOSEPH N. AKROTIRIANAKIS
12                                              AARON S. CRAIG

13                                              Attorneys for Defendants NSO GROUP
                                                TECHNOLOGIES LTD. and Q CYBER
14                                              TECHNOLOGIES LTD.