1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO Group Technologies LTD.
   And Q Cyber Technologies LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ, <br><br>Plaintiffs, <br><br>v. <br><br>NSO GROUP TECHNOLOGIES LTD. And Q CYBER TECHNOLOGIES LTD., <br><br>Defendants. | Case No. 3:22-cv-07513-JD <br>[*The Honorable James Donato*] <br><br>**DECLARATION OF AARON S. CRAIG IN SUPPORT OF DEFENDANTS NSO GROUP TECHNOLOGIES LIMITED AND Q CYBER TECHNOLOGIES LIMITED'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br>**FILED UNDER SEAL - REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** <br><br>**HIGHLY CONFIDENTIAL— ATTOREYS' EYES ONLY** <br><br>Judge:  Honorable James Donato <br><br>Action Filed:  11/30/2022 |
|---|---|

I, Aaron S. Craig, declare as follows:

1. I am a member of the California State Bar and the bar of this court, a partner in the law firm of King & Spalding LLP, and counsel of record to Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively, the "Defendants"). This Declaration is made in support of Defendants' December 21, 2023, Administrative Motion to Seal and in support of Defendants' Supplemental Memorandum in Support of Motion to Dismiss ("Supplemental Memorandum"). I have personal knowledge of the facts set forth herein and, except as otherwise stated, could testify competently to each fact averred herein.

2. The Complaint was filed November 30, 2022. (Dkt. No. 1.) Plaintiffs amended the complaint on December 16, 2022. (Dkt. No. 31.) Defendants moved to dismiss on April 14, 2023. (Dkt. Nos. 42, 45, 46.) Among the grounds cited in Defendants' Motion is *forum non conveniens*. (*Id.* at 7-9.) On August 17, 2023, Defendants filed a motion for entry of a proposed protective order to provide certain documents to Plaintiff's counsel and to the Court that Defendants contend are sensitive and highly confidential and should be subject to an attorneys' eyes only designation (the "AEO Materials"). (Dkt. No. 56.) On October 3, 2023, the Court ordered that in the absence of an agreement by the parties on a protective order, the Court would enter the District's Stipulated Protective Order for Standard Litigation and that the parties were to file by October 16, 2023, a proposed protective order consistent with this Order. (Dkt No. 62). The parties filed such a Protective Order on October 24, 2023 (Dkt. No. 65) and the Court entered it on October 31, 2023 (Dkt. No. 66). On November 14, 2023, the parties filed a stipulation with a request to supplement the protective order, so that Defendants could submit to Plaintiffs' counsel and to the Court certain confidential information and documents related to their motion to dismiss, which the Court granted on November 17, 2023. (Dkt. No. 68.) Defendants submitted that information and materials on December 5, 2023 to Plaintiffs' counsel and to the Court, in connection with Defendants' Administrative Motion to Seal. (Dkt. No. 70.)

3. Defendants seek to file under seal documents (the "Sealed Documents"[1]) related to

---

[1] The Sealed Documents are enumerated and defined in paragraph 12, below.

1 and in connection with Defendants' concurrently filed Supplemental Memorandum. Sealing of
2 the Sealed Documents was (and remains) necessary to ▮▮▮▮▮
3 ▮▮▮▮▮
4 ▮▮▮▮▮, that were filed with this Court provisionally under seal on December 5,
5 2023 (Dkt. No. 70-2 through 70-8). ▮▮▮▮▮
6 ▮▮▮▮▮
7 ▮▮▮▮▮ Nevertheless, the existence of
8 ▮▮▮▮▮ is material to certain issues in this case,
9 including Defendants' Motion to Dismiss. The Sealed Documents contain highly sensitive,
10 traditionally nonpublic ▮▮▮ information that ▮▮▮▮▮
11 ▮▮▮▮▮
12 ▮▮▮▮▮
13 ▮▮▮▮▮ and ▮▮▮▮▮ militates in
14 favor of this Court's sealing documents that contain references to information that ▮▮▮
15 ▮▮▮▮▮
16 ▮▮▮▮▮
17 ▮▮▮▮▮
18     4.    On July 19, 2020, the ▮▮▮▮▮
19 ▮▮▮▮▮
20 ▮▮▮▮▮
21 ▮▮▮▮▮ The request was presented by ▮▮▮▮▮ in his capacity as ▮▮▮
22 ▮▮▮▮▮
23 ▮▮▮▮▮ and ▮▮▮▮▮

——————————
[2] ▮▮▮▮▮
[3] The Office of the ▮▮▮▮▮

1   ███ The ████████████████████████████████████████
2   ████████████████████████████████████████████████
3   ████████████████████████████████████████████████
4   ██████████████████████████████████████████  The
5   request sought to ████████████ making ██████████
6   ████████████████████████████████████████████████
7   ████████████████████████████████████████████████
8   ████████████████████████████████████████████████
9   ████████████████████████████████████████████████
10  ████████████████████████████████████████████████
11  ██████████████████████
12      5.      On July 19, 2020, ███████████████████
13  ████████████████████████████████████████████████
14  ████████████████████████████████████████████████
15  ████████████████████████████████████████████████
16  █ █████████████████████████████████████████████
17  ████████████████████████████████████████████████
18  ████████████████████████████████████████████████
19  ████████████████████████████████████████████████
20  ██████████████ The order authorized the ████████
21  ████████████████████████████████████████████████
22  ████████████████████████████████████████████████
23  ████████████████████████████████████████████████
24  ██████████████████ The order also authorized ███
25  ████████████████████████████████████████████████
26  ████████████████████████████████████████████████
27  ██████████████████████
28      6.      On July 19, 2020, ███████████████████

Case 3:22-cv-07513-JD  Document 73-5  Filed 01/06/24  Page 5 of 10

1  ███████████████████████████████ The letter
2 notified Defendants about the ████████████████████
3 ████████████████████████████████████████████████
4 ████████████████████████████████████████████████
5 ████████████████████████████████████████████████
6 ████████████████████████████████████████████████
7 ██████████████████ including a prohibition on ██████
8 ████████████████████████████████████████████████
9 ████████████████
10     7.    On January 10, 2022, ████████████████████
11 ████████████████████████████████████████████████
12 ██████████████ in his capacity as ██████████████████
13 ████████████████████████████████████████████████
14 ████████████████████████████████████████████████
15 ████████████████████████████████████████████████
16 ████████████████████████████████████████████████
17 ████████████████████████████████████████████████
18 ████████████████████████████████████████████████
19 ████████████████████████████████████████████████
20 ████████████████████████████████████████████████
21 ██████████████████████
22     8.    On January 17, 2022, ████████████████████
23 ██████████████████████████████████████ The letter
24 notified Defendants about the ██████████████████████
25 ████████████████████████████████████████████████
26 ████████████████████████████████████████████████
27 ████████████████████████████████████████████████
28 ████████████████████████████████████████████████

1  █████████████████████████████████████
2 █████████████████████████████████████
3 █████████████████████████████████████
4 ██████████████
5    9.  On May 21, 2023, █████████████████████████
6 █████████████████████████████████████
7 █████████████████████████████████████
8 ████████████████████████ is attached as Dkt. No. 70-7. ████
9 █████████████████████████████████████
10 █████████████████████████████████████
11 █████████████████████████████████████
12 █████████████████████████████████████
13 █████████████████████████████████████
14 █████████████████████████████████████
15 █████████████████████████████████████
16 █████████████████████████████████████
17 █████████████████████████████████████
18 █████████████████████████████████████
19 █████████████████████████████████████
20 █████████████████████████████████████
21 ██████████████
22   ███████████████
23  █ ███████████████████████████████
24 █████████████████████████████ At the time Defendants first
25 received ████████████████████████████
26
27 _____
 4 █████████████████████████████████████
28

1  ████████████████████████████████████████████
2  █
3       11.    The ███████████████████████████████
4  ████████████████████████████████████████████
5  ████████████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ████████████████████████████████████████████
12 ████████████████████████████████████████████
13 ████████████████████████████████████████████
14 ████████████████████████████████████████████
15 ████████████████████████████████████████████
16 ████████████████████████████████████████████
17 ████████████████████████████████████████████
18 ██████████████████████████████████████

    12.    Defendants seek to file under seal: (1) Exhibit 1 to this declaration, certain language on pages 1-9 of Defendants' Supplemental Memorandum; (2) Exhibit 2 to this declaration, certain language in paragraphs 2-7 of the Supplemental Declaration of Roy Blecher in Support of Defendants' Motion to Dismiss and the entirety of Exhibits A through D; (3) Exhibit 3 to this declaration, certain language in paragraph 4 of the Declaration of Joseph N. Akrotirianakis in Support of Defendants' Motion to Dismiss; and (4) portions of paragraphs 3-11 and 13 of this Declaration (the "Sealed Documents").

    13.    Good cause exists to seal each of the above-listed documents, along with the highlighted portions of this Declaration, because the Sealed Documents come from or make

1  reference to ███████████████████████████████████████████████████████
2  ████████████████████████████████████████ which is entitled to deference.
3        a.    *First*, the Sealed Documents contain information that relates to ████
4  ████████████████████████████████████████████████████████████████████
5  ███████████████████████ As such, the Sealed Documents contain traditionally nonpublic
6  ████████ information for which there is no constitutional right of access. *See*, *e.g.*, *N.Y. Times*
7  *Co. v. U.S. Dep't of Justice*, 806 F.3d 682, 688 (2d Cir. 2015) ("As a general rule, there is no
8  constitutional right of access to traditionally nonpublic government information.") The fact that
9  the documents were issued by ████████████████████████████████████ and contain
10 ████████████████████████████████████████████████ "alone counsels in
11 favor of finding that there is no presumptive public right of access" to these documents. *Omari v.*
12 *Ras Al Khaimah Free Trade Zone Auth.*, 2017 WL 3896399, at *14 (S.D.N.Y. Aug. 18, 2017)
13 (sealing a white paper commissioned by a ruler of a political subdivision of foreign nation because
14 it contained "highly sensitive, traditionally nonpublic government information, in this case of a
15 foreign government"); *see also In re Terrorist Attacks on Sept. 11, 2001*, 2019 WL 3296959, at *5
16 (S.D.N.Y. July 22, 2019) (sealing multiple documents and finding that the documents contained
17 "traditionally nonpublic information" because the documents involved senior foreign officials,
18 were designated as sensitive at the time of creation, and detailed information about the nation's
19 response to certain investigations).
20       b.    *Second*, ████████████████████████████████████
21 ████████████████████████████████████████████████████████████████████
22 ████████████████████████████████████████████████████████████████████
23 ████████████████████████████████████████████████████████████████████
24 ████████████████████████████████████████████████████████████████████
25 ██████████████████████████ *Societe Nationale Industrielle Aerospatiale v. U.S. Dist. Ct.*,
26 482 U.S. 522, 543 n. 27 (1987). ████████████████████████████████████
27 ██████████████████████████████████ *United States v. Sater*, 2019 WL 3288289, at
28 *4 (E.D.N.Y. July 22, 2019). This is particularly true where, as in this case, the documents sought

1  to be sealed " ████████████████████████████████
2  ████████████████████████████████████████████████
3  ████████████████████████████████████████████████
4  ████████████████████████████████████████████████
5  ████████████████████████████████████████████████
6  ████████████████████████████████████████████████
7  ████████████████████████████████████████████████
8  ████████████████████████████████████████████████
9  ██████████████████████████████████
10         c.      *Third*, because ████████████████████
11 ████████████████████████████████ public disclosure of the Sealed Documents
12 could ██████████████████████████████████████████
13 ████████████████████████████████████████████████
14 ████████████████████████████████████████████████
15 ████████████████████████████████████████████████
16 ████

17         13.     Accordingly, good cause (and, if necessary, a compelling reason) exists to seal each of the above-listed documents, and Defendants respectfully request that the Court grant the accompanying Administrative Motion to File Under Seal and order the Sealed Documents be kept under seal.

       14.     The Declarant has carefully sought sealing of only those parts of this Declaration as are necessary to comply with other legal obligations binding on Defendants, as described above, and, on behalf of Defendants, respectfully submits that the good cause and compelling reasons standards are met with respect to the Sealed Documents.[5]

       I declare under the penalty of perjury and the laws of the United States that the foregoing

---

[5] To the extent the Court disagrees with Defendants' sealing request, the Declarant respectfully requests that the Sealed Materials and the unredacted version of this Declaration be stricken from the docket of this action and that any copies thereof be destroyed.

is true and correct this 6th day of January 2024, at Los Angeles, California.

                     /s/ *Aaron S. Craig*
                     AARON S. CRAIG