# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
   acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:    (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO Group Technologies LTD.
   And Q Cyber Technologies LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ, Plaintiffs, v. NSO GROUP TECHNOLOGIES LTD. And Q CYBER TECHNOLOGIES LTD., Defendants. | Case No. 3:22-cv-07513-JD [*The Honorable James Donato*] **SUPPLEMENTAL DECLARATION OF ROY BLECHER IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S MOTION TO DISMISS** **FILED UNDER SEAL - UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** **HIGHLY CONFIDENTIAL— ATTOREYS' EYES ONLY** Action Filed:  11/30/2022 |
|---|---|

SUPP. DECL. OF R. BLECHER                                           CASE NO. 3:22-cv-07513-JD

I, Roy Blecher, declare as follows:

1. I am an attorney licensed to practice law in the State of Israel. I am a partner in, and co-founder of, the law firm of Krispin, Rubinstein, Blecher, Kadouch & Partners. I represent NSO Group Technologies Limited and Q Cyber Technologies Limited (together, the "NSO Defendants") in connection with this matter. I have also represented the NSO Defendants in a number of other matters in Israel. I have personal knowledge of the facts set forth below and, except as otherwise stated, could competently testify to each fact averred.

2. ███████████████████████████████████████████████

3. ███████████████████. A true and correct ███████████ is attached as **Exhibit A**. I understand that a copy of Exhibit A was previously provided to this Court.

4. ███████████████████████████████████████ A true and correct ███████████████████ is attached as **Exhibit B**. I understand that a copy of Exhibit B was previously provided to this Court.

5. ███████████████████████████████████████████████

6. ███████████████████████████████████████████████

7. ███████████████████████████████████████████████ True and correct translations of ███████████ are attached as **Exhibit C** and **Exhibit D**, respectively. I understand that copies of Exhibits C and D were previously provided to this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed December  21 , 2023, at Bnei Brak, Israel.

_____
ROY BLECHER