# Exhibit 3

**REDACTED VERSION OF DOCUMENT PROPOSED**

**TO BE FILED UNDER SEAL**

JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
 jakro@kslaw.com
AARON S. CRAIG (Bar No. 204741)
 acraig@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1700
Los Angeles, CA 90071
Telephone:    (213) 443-4355
Facsimile:    (213) 443-4310

Attorneys for Defendants NSO Group Technologies LTD.
And Q Cyber Technologies LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. And Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*The Honorable James Donato*]<br><br>**DECLARATION OF JOSEPH N. AKROTIRIANAKIS IN SUPPORT OF DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S *UNOPPOSED* ADMINISTRATIVE MOTION AND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>**FILED UNDER SEAL - REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED<br>HIGHLY CONFIDENTIAL—ATTOREYS' EYES ONLY**<br><br>Action Filed:  11/30/2022 |

I, Joseph N. Akrotirianakis, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of King & Spalding LLP, and I am lead counsel for Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited (collectively "NSO Defendants") in the above-entitled action. Except as otherwise stated, I have personal knowledge of the facts set forth below and could competently testify to each fact averred.

2. The first U.S. lawsuit against the NSO Defendants was filed October 19, 2019.

3. On February 21, 2023, King & Spalding LLP applied to the Department of Commerce's Bureau of Industry and Security ("BIS") for a license to export information to the NSO Defendants. The license was intended to permit King & Spalding to discuss NSO's own technology (i.e., the Pegasus software, technology, and related information) with NSO personnel, as well as similar items and information received from third parties, so that King & Spalding could prepare a defense to the complaint in this action on behalf of the NSO Defendants. The application was returned without action on April 20, 2023. King & Spalding's subsequent discussions with BIS have not resulted in a license being granted.

4. NSO's market-leading e-discovery consultant in certain U.S. litigation involving the Pegasus technology is represented by separate counsel. ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. On June 8, 2023, NSO applied to the Israeli Ministry of Defense ("MoD") for a license to export information relating to Pegasus to the Courts in certain United States litigation proceedings, to King & Spalding, and plaintiffs' counsel in those proceedings. To date, the MoD has not granted that license.

6. The NSO Defendants possess certain confidential information and documents relevant to the arguments raised in their Motion to Dismiss. The NSO Defendants only received permission to provide those materials to the Court and to Dada's counsel on November 17, 2023—after the entry of the supplemental protective order in this matter. That information and those materials were then submitted to the Court on December 5, 2023, in connection with the NSO Defendants' Administrative Motion to Seal (Dkt. No. 70).

7. The parties met and conferred about this administrative motion by email on December 12-13, 2023. <u>Plaintiffs indicated they do not oppose</u> the administrative motion for leave to file a supplemental memorandum. No prior supplemental memorandum has been field in this action, and the NSO Defendants have sought leave to file any other supplemental memorandum.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 5, 2024, at Los Angeles, California, United States.

          */s/ Joseph N. Akrotirianakis*
          JOSEPH N. AKROTIRIANAKIS