UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiffs,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LTD. And Q CYBER TECHNOLOGIES LTD.,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br>[*The Honorable James Donato*]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NSO GROUP TECHNOLOGIES AND Q CYBER TECHNOLOGIES LIMITED'S <u>UNOPPOSED</u> ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM**<br><br>Judge: Honorable James Donato<br><br>Action Filed: 11/30/2022 |

Defendants NSO Group Technologies Limited and Q Cyber Technologies Limited have requested leave to file a supplemental memorandum and two declarations in further support of their pending Motion to Dismiss. <u>The motion is unopposed</u>.

Having reviewed and considered the papers filed in support of and in opposition to Defendants' Motion for Leave to File a Supplemental Memorandum, the motion is GRANTED.

The supplemental memorandum and the two supporting declarations attached to the administrative motion as Exhibits 1 through 3 shall be deemed filed as of the date of this order.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE