1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
    jakro@kslaw.com
2  AARON S. CRAIG (Bar No. 204741)
    acraig@kslaw.com
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:    (213) 443-4310

6  Attorneys for Defendants NSO Group Technologies LTD.
   And Q Cyber Technologies LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LTD. And Q CYBER TECHNOLOGIES LTD.,<br><br>    Defendants. | Case No. 3:22-cv-07513-JD<br>[*The Honorable James Donato*]<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Honorable James Donato<br><br>Action Filed:   11/30/2022 |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, over 18 years of age, and not a party to this action. I am employed by the law firm of King & Spalding LLP; my business address is 633 W. 5th Street, Suite 1600, Los Angeles, California 90071.

On January 6, 2024, I served the following document(s) in the manner described below:

1. Declaration of Aaron S. Craig in Support of Defendants' Administrative Motion to File Under Seal ("Craig Declaration")

2. Craig Declaration Exhibit 1, Defendants' Supplemental Memorandum in Support of Motion to Dismiss

3. Craig Declaration Exhibit 2, Supplemental Declaration of Roy Blecher in Support of Defendants' Motion to Dismiss and Exhibits A through D

4. Craig Declaration Exhibit 3, Declaration of Joseph N. Akrotirianakis in Support of Defendants' Motion to Dismiss

☑ (BY ELECTRONIC SERVICE): By electronically transmitting a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below in the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2024, at Alhambra, California.

_____
Mina Tunson

**SERVICE LIST**

**Paul Hoffman**
Schonbrun, Seplow, Harris,
Hoffman & Zeldes LLP
200 Pier Avenue, Suite 226
Hermosa Beach, CA 90254
T: (424) 297-0114
F: (310) 399-7040
hoffpaul@aol.com

**Carrie DeCell**
Knight First Amendment Institute at Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
646-745-8500
carrie.decell@knightcolumbia.org

**Mayze Teitler**
Knight First Amendment Institute at Columbia University
475 Riverside Drive
Ste 302
New York, NY 10115
646-745-8500
mayze.teitler@knightcolumbia.org