UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DADA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED, et al.,<br><br>    Defendants. | Case No. 3:22-cv-07513-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal on *forum non conveniens* grounds, Dkt. No. 78, and Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated:  March 8, 2024

_____
JAMES DONATO
United States District Judge