

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

APR 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-2179 |
| Originating Case Number: | 3:22-cv-07513-JD |
| Short Title: | Dada, et al. v. NSO Group Technologies Limited, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-2179
Originating Case Number: 3:22-cv-07513-JD
Case Title: Dada, et al. v. NSO Group Technologies Limited, et al.

**Monday, April 15, 2024**

| | |
|---|---|
| Carlos Dada | Mediation Questionnaire due |
| Sergio Arauz | Mediation Questionnaire due |
| Gabriela Caceres Gutierrez | Mediation Questionnaire due |
| Julia Gavarrete | Mediation Questionnaire due |
| Roman Gressier | Mediation Questionnaire due |
| Gabriel Labrador | Mediation Questionnaire due |
| Ana Beatriz Lazo Escobar | Mediation Questionnaire due |
| Efren Lemus | Mediation Questionnaire due |
| Carlos Martinez | Mediation Questionnaire due |
| Oscar Martinez | Mediation Questionnaire due |
| Maria Luz Nochez | Mediation Questionnaire due |
| Victor Pena | Mediation Questionnaire due |
| Nelson Rauda Zablah | Mediation Questionnaire due |
| Maurricio Sandoval Soriano | Mediation Questionnaire due |
| Jose Luis Sanz | Mediation Questionnaire due |
| Daniel Reyes Martinez | Mediation Questionnaire due |
| Daniel Lizarraga | Mediation Questionnaire due |
| Carlos Lopez Salamanca | Mediation Questionnaire due |

**Monday, May 20, 2024**

| | |
|---|---|
| Carlos Dada | Appeal Opening Brief (No Transcript Due) |
| Sergio Arauz | Appeal Opening Brief (No Transcript Due) |
| Gabriela Caceres Gutierrez | Appeal Opening Brief (No Transcript Due) |
| Julia Gavarrete | Appeal Opening Brief (No Transcript Due) |
| Roman Gressier | Appeal Opening Brief (No Transcript Due) |
| Gabriel Labrador | Appeal Opening Brief (No Transcript Due) |
| Ana Beatriz Lazo Escobar | Appeal Opening Brief (No Transcript Due) |
| Efren Lemus | Appeal Opening Brief (No Transcript Due) |
| Carlos Martinez | Appeal Opening Brief (No Transcript Due) |
| Oscar Martinez | Appeal Opening Brief (No Transcript Due) |
| Maria Luz Nochez | Appeal Opening Brief (No Transcript Due) |
| Victor Pena | Appeal Opening Brief (No Transcript Due) |
| Nelson Rauda Zablah | Appeal Opening Brief (No Transcript Due) |
| Maurricio Sandoval Soriano | Appeal Opening Brief (No Transcript Due) |
| Jose Luis Sanz | Appeal Opening Brief (No Transcript Due) |
| Daniel Reyes Martinez | Appeal Opening Brief (No Transcript Due) |
| Daniel Lizarraga | Appeal Opening Brief (No Transcript Due) |
| Carlos Lopez Salamanca | Appeal Opening Brief (No Transcript Due) |

**Monday, June 17, 2024**

| | |
|---|---|
| NSO Group Technologies Limited | Appeal Answering Brief (No Transcript Due) |
| Q Cyber Technologies Limited | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**