

# CERTIFICATE OF ACCURACY

IT IS HEREBY CERTIFIED, that Translingua Associates Inc, a corporation organized and existing under the laws of the State of New York, is professionally engaged in providing foreign language translation and cultural consulting services; that it has translated the following document:

- **Declaration of Daniel Lizárraga**, in Case No. 3:22-cv-07513-JD, signed on May 7th, 2024

from the Spanish language into the English language, and that said translation is correct and accurate to the best of our knowledge and belief.

_Emma Fields_

Signed by Emma Fields, Project Manager
For **TRANSLINGUA ASSOCIATES INC.**
Date: May 7th, 2024

Sworn to and subscribed before me
This 7th day of May, 2024

NOTARY: _____

BRANKO SEKSAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SE6384310
Qualified in Kings County
My Commission Expires: 12/10/2026

**New York**
630 Ninth Avenue
Suite 708
New York, NY 10036

T 212.697.2020
F 212.697.2891
E nyc@translingua.com

**Boulder**
1445 Pearl Street
Suite 215
Boulder, CO 80302

T 303.442.3471
F 303.442.5805
E boulder@translingua.com

www.translingua.com



I, Daniel Lizárraga, declare and state the following:

1. I am one of the plaintiffs in the above-referenced matter. I submit this declaration in support of my motion to extend the time for filing the notice of appeal. I have personal knowledge of the matters set forth herein and, if I were called upon to testify, I could and would testify competently.

2. I currently work for the Institute for War & Peace Reporting as coordinator of investigative journalism projects in Latin America and Cuba. I previously worked for El Faro, as investigations editor, from January through August 2021. I joined the plaintiffs' Amended Complaint against the defendants in this action, filed on December 16, 2022. *See* ECF No. 31.

3. Given that this case centers on illegal access to the plaintiffs' devices, we plaintiffs agreed to use an end-to-end encrypted email service to ensure security when communicating with each other and with the attorney when discussing matters pertaining to the case. I do not use that email service for other matters and have not regularly checked my email on that service since the case was filed.

4. On March 8, 2024, the attorney used that service to send an email to the plaintiffs, including me, in which he informed us that the defendants' motion to dismiss the case had been granted and proposed that we make a call to analyze the possibility of filing an appeal. The attorney then scheduled a call for Wednesday, March 13, 2024. On March 25, 2024, the attorney sent me an email directly to confirm whether I wanted to join an appeal.

5. I did not see those emails from the attorney until April 22, 2024. I responded to the attorney that same day; I told him that I agreed to join the appeal. After exchanging other emails with the attorney, where we analyzed the possibility of joining the appeal after the deadline for filing a notice of appeal, on May 6, 2024, I spoke with the attorney by telephone and confirmed that I still maintained my desire to join the appeal.

1     I declare under penalty of perjury pursuant to the laws of the United States of America
2 that the foregoing is true and correct.

3

4  DATE: May 7, 2024

9 Daniel Lizarraga

Case No. 3:22-cv-07513-JD         2         DECL. OF DANIEL LIZÁRRAGA

Yo, Daniel Lizárraga, declaro y expongo lo siguiente:

1. Soy uno de los demandantes en el asunto mencionado anteriormente. Presento esta declaración en apoyo de mi petición para extender el plazo de presentación del aviso de apelación. Tengo conocimiento personal de los asuntos aquí expuestos y, si fuera llamado a testificar, podría hacerlo y lo haría de forma competente.

2. Actualmente trabajo para el Institute for War & Peace Reporting como coordinador de proyectos de periodismo de investigación en Latinoamérica y Cuba. Antes trabajé para El Faro, como editor de las investigaciones, desde enero hasta agosto de 2021. Me uní a la Demanda modificada de los demandantes contra los demandados en esta acción, presentada el 16 de diciembre de 2022. *Vea* ECF n.º 31.

3. Dado que este caso se centra en el acceso ilegal a dispositivos de los demandantes, los demandantes acordamos utilizar un servicio de correo electrónico encriptado de extremo a extremo para garantizar seguridad a la hora de comunicarnos entre nosotros y con el abogado cuando se discuten temas referidos al caso. No utilizo ese servicio de correo electrónico para otros asuntos y no he revisado regularmente mi correo electrónico en ese servicio desde que el caso se presentó.

4. El 8 de marzo de 2024, el abogado utilizó ese servicio para enviar un correo electrónico a los demandantes, incluido yo, en el que nos informaba que la petición de los demandados de desestimar el caso había sido aprobada y nos proponía realizar una llamada para analizar la posibilidad de presentar una apelación. El abogado, luego, programó una llamada para el miércoles 13 de marzo de 2024. El 25 de marzo de 2024, el abogado directamente me envió un correo electrónico para confirmar si yo quería sumarme a una apelación.

5. No vi dichos correos electrónicos del abogado hasta el 22 de abril de 2024. Le respondí al abogado ese mismo día; le dije que estaba de acuerdo en sumarme a la apelación. Tras intercambiar otros correos electrónicos con el abogado, donde analizábamos la posibilidad de sumarme a la apelación después de la fecha límite para presentar un aviso de apelación, el 6 de mayo de 2024 hablé por teléfono con el abogado y confirmé que aún conservaba mi deseo de sumarme a la apelación.

Declaro, bajo pena de perjurio y según las leyes de los Estados Unidos de América, que lo anterior es verdadero y correcto.

FECHA: 7 de mayo de 2024

*[firma]*

Daniel Lizárraga