```
1   CARRIE DECELL, Pro Hac Vice
    JAMEEL JAFFER, Pro Hac Vice
2   ALEX ABDO, Pro Hac Vice
    STEPHANIE KRENT, Pro Hac Vice
3   Knight First Amendment Institute
      at Columbia University
4   475 Riverside Drive, Suite 302
    New York, NY 10115
5   T: (646) 745-8500
    F: (646) 661-3361
6   carrie.decell@knightcolumbia.org

7   Counsel for Plaintiff Daniel Lizárraga
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>Plaintiff,<br><br>v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>Defendants. | Case No. 3:22-cv-07513-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DANIEL LIZÁRRAGA'S MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL** |

Case No. 3:22-cv-07513-JD                    [PROPOSED] ORDER ON MOT. TO
                                             EXTEND TIME TO FILE

1    Before the Court is Plaintiff Daniel Lizárraga's motion to extend time to file a notice of
2 appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A). Having considered the motion
3 and all supporting papers and opposition papers, IT IS HEREBY ORDERED THAT Plaintiff
4 Daniel Lizárraga's motion to extend the time to file a notice of appeal is GRANTED. Plaintiff
5 Lizárraga shall have seven days from the entry of this order to file a notice of appeal.
6    IT IS SO ORDERED.

   Dated: _____

_____
HONORABLE JAMES DONATO
United States District Judge

Case No. 3:22-cv-07513-JD          1          [PROPOSED] ORDER ON MOT. TO EXTEND TIME TO FILE