UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARLOS DADA; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants - Appellees. | No. 24-2179<br><br>D.C. No. 3:22-cv-07513-JD<br><br>Northern District of California, San Francisco<br><br>MANDATE |
| DANIEL LIZARRAGA,<br><br>    Plaintiff - Appellant,<br><br>and<br><br>CARLOS DADA; et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>    Defendants - Appellees. | No. 24-3463<br><br>D.C. No. 3:22-cv-07513-JD<br><br>Northern District of California, San Francisco |

The judgment of this Court, entered July 08, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT