1  JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
   *jakro@kslaw.com*
2  AARON S. CRAIG (Bar No. 204741)
   *acraig@kslaw.com*
3  KING & SPALDING LLP
   633 West Fifth Street, Suite 1700
4  Los Angeles, CA 90071
   Telephone:   (213) 443-4355
5  Facsimile:   (213) 443-4310

6  Attorneys for Defendants NSO Group Technologies Ltd.
   and Q Cyber Technologies Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARLOS DADA, *et al.*, | Case No. 3:22-cv-07513-JD |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING OF [PROPOSED] ORDER** |
| v. | |
| NSO GROUP TECHNOLOGIES LTD. and Q CYBER TECHNOLOGIES LTD. | |
| Plaintiff. | |

1  PLEASE TAKE NOTICE that Defendants NSO Group Technologies Limited and Q Cyber
2  Technologies Limited hereby lodge the attached [Proposed] Judgment granting Defendants'
3  Renewed Motion to Dismiss.

4

5  DATED: September 11, 2025          KING & SPALDING LLP

6                                     By: /s/ Joseph N. Akrotirianakis
7                                     JOSEPH N. AKROTIRIANAKIS
                                      Attorneys for Defendants NSO Group Techs.
8                                     Ltd. and Q Cyber Techs. Ltd.