| | |
|---|---|
| PAUL HOFFMAN #71244 | CARRIE DECELL, *Pro Hac Vice* |
| JOHN WASHINGTON #315991 | JAMEEL JAFFER, *Pro Hac Vice* |
| Schonbrun, Seplow, Harris, | ALEX ABDO, *Pro Hac Vice* |
|   Hoffman & Zeldes LLP | STEPHANIE KRENT, *Pro Hac Vice* |
| 200 Pier Avenue, Suite 226 | Knight First Amendment Institute |
| Hermosa Beach, CA 90254 |   at Columbia University |
| T: (424) 297-0114 | 475 Riverside Drive, Suite 302 |
| F: (310) 399-7040 | New York, NY 10115 |
| hoffpaul@aol.com | T: (646) 745-8500 |
| | F: (646) 661-3361 |
| COREY STOUGHTON, *Pro Hac Vice* | carrie.decell@knightcolumbia.org |
| ALVARO MON CUREÑO, *Pro Hac Vice* | |
| Selendy Gay PLLC | *Counsel for Plaintiffs\** |
| 1290 Avenue of the Americas | |
| New York, NY 10104 | *\*See Signature Page for Complete List of Plaintiffs* |
| T: (212) 390-9306 | |
| cstoughton@selendygay.com | |

*Counsel for Plaintiffs\**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA CÁCERES GUTIÉRREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA BEATRIZ LAZO ESCOBAR, EFREN LEMUS, DANIEL LIZÁRRAGA, CARLOS LÓPEZ SALAMANCA, CARLOS MARTÍNEZ, ÓSCAR MARTÍNEZ, MARÍA LUZ NÓCHEZ, VÍCTOR PEÑA, NELSON RAUDA ZABLAH, DANIEL REYES MARTÍNEZ, MAURICIO SANDOVAL SORIANO, and JOSÉ LUIS SANZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>NSO GROUP TECHNOLOGIES LIMITED and Q CYBER TECHNOLOGIES LIMITED,<br><br>        Defendants. | Case No. 3:22-cv-07513-JD<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Hearing Date: November 20, 2025<br>Time: 10:00 a.m.<br>Ctrm: 11 |

1   Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully bring to the Court's attention a
2   relevant decision issued in *WhatsApp v. NSO Group Technologies Ltd.*, 19-cv-07123-PJH (N.D.
3   Cal.), on October 17, 2025. A true and correct copy of the decision is attached hereto as **Exhibit
4   A**. The court in *WhatsApp* granted plaintiff WhatsApp's motion for permanent injunction and
5   remitted the jury's punitive damages award to the amount of $4,002,471.

Dated: October 20, 2025                       Respectfully submitted,

                                              /s/ Carrie DeCell
Paul Hoffman #71244                           Carrie DeCell, *Pro Hac Vice*
John Washington #315991                       Jameel Jaffer, *Pro Hac Vice*
Schonbrun, Seplow, Harris,                    Alex Abdo, *Pro Hac Vice*
  Hoffman & Zeldes LLP                        Stephanie Krent, *Pro Hac Vice*
200 Pier Avenue, Suite 226                    *Nicola Morrow
Hermosa Beach, CA 90254                       Knight First Amendment Institute at
T: (424) 297-0114                               Columbia University
F: (310) 399-7040                             475 Riverside Drive, Suite 302
hoffpaul@aol.com                              New York, NY 10115
                                              (646) 745-8500
                                              carrie.decell@knightcolumbia.org

                                              **Pro Hac Vice* application forthcoming

                                              /s/ Corey Stoughton
                                              Corey Stoughton, *Pro Hac Vice*
                                              Alvaro Mon Cureño, *Pro Hac Vice*
                                              Selendy Gay PLLC
                                              1290 Avenue of the Americas
                                              New York, NY 10104
                                              (212) 390-9000
                                              cstoughton@selendygay.com

                                              *Counsel for the Plaintiffs Carlos Dada, Sergio Arauz, Gabriela Cáceres Gutiérrez, Julia Gavarrete, Roman Gressier, Gabriel Labrador, Ana Beatriz Lazo Escobar, Efren Lemus, Daniel Lizárraga, Carlos López Salamanca, Carlos Martínez, Óscar Martínez, María Luz Nóchez, Víctor Peña, Nelson Rauda Zablah, Daniel Reyes Martínez, Mauricio Sandoval Soriano, and José Luis Sanz*

Case No. 3:22-cv-07513-JD                                    STATEMENT OF RECENT DECISION