| | |
|---|---|
| Jennifer D. Bennett (State Bar No. 296726)<br>**GUPTA WESSLER LLP**<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>(415) 573-0336<br>*jennifer@guptawessler.com* | Jonathan E. Taylor*<br>**GUPTA WESSLER LLP**<br>2001 K Street NW, Suite 850 North<br>Washington, DC 20006<br>(202) 888-1741<br>*jon@guptawessler.com* |
| *Counsel for Amici Curiae Legal Scholars* | *\* Admitted pro hac vice* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA C. GUTIERREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA B. LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTINEZ, OSCAR MARTINEZ, MARIA L. NOCHEZ, VICTOR PENA, NELSON R. ZABLAH, MAURRICIO S. SORIANO, JOSE L. SANZ, DANIEL R. MARTINEZ, DANIEL LIZARRAGA, and CARLOS L. SALAMANCA,<br><br>*Plaintiffs*,<br>v.<br><br>NSO GROUP TECHNOLOGIES LTD, and Q CYBER TECHNOLOGIES LTD,<br><br>*Defendants*. | Case No. 3:22-cv-07513<br><br>Hon. James Donato<br><br>Hearing date: November 20, 2025<br>Time: 10:00am<br>Courtroom 11<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LEGAL SCHOLARS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS** |

Amici curiae are legal scholars at law schools throughout the United States who specialize in civil procedure and other issues relevant to this case. They respectfully move the Court for leave to file the attached brief in support of the plaintiffs. The plaintiffs consent to this request. Counsel for the defendants has stated that they do not oppose this request.

Amici wish to file the attached brief to share their professional views regarding the arguments advanced by NSO Group in moving to dismiss the claims for lack of personal jurisdiction. The brief responds to two arguments that NSO makes in contesting specific personal jurisdiction. First, NSO argues that the traditional three-part "minimum contacts" inquiry is inapplicable to tort cases and that the plaintiffs must instead satisfy the "effects test" derived from *Calder v. Jones*, 465 U.S. 783 (1984). Second, NSO argues that jurisdiction is proper under that test only if the plaintiffs were injured in the forum state. As this brief explains, both arguments are wrong and conflict with binding precedent.

The full list of amici is as follows[1]: **William Aceves** is the Chief Justice Roger Traynor Professor of Law at California Western School of Law. His teaching areas include civil procedure, international law, and human rights. He works on projects involving the domestic application of international law and has written extensively in this field. He has represented several organizations and legal scholars as amicus curiae in cases before the federal courts, including the Supreme Court. He is also a member of the American Law Institute.

**Maggie Gardner** is a Professor of Law at Cornell Law School. She is a scholar of civil procedure and international law and is a founding editor of the Transnational Litigation Blog. Her scholarship on international litigation in U.S. courts has been published in such journals as the University of Pennsylvania Law Review, Virginia Law Review, NYU Law Review, and Stanford Law Review.

---

[1] Institutional affiliation is listed for identification purposes only.

**Adam Steinman** is a Professor of Law at Texas A&M University School of Law and was formerly the Sidley Austin-Robert D. McLean Visiting Professor of Law at Yale Law School. He has authored numerous articles and has co-written several books, including *Civil Procedure: Cases and Materials* and *Federal Courts: Cases, Comments and Questions*. He is also a co-author of the Wright & Miller *Federal Practice & Procedure* treatise volumes covering personal jurisdiction.

**Julie C. Suk** is a Professor of Law at Fordham University School of Law, where she teaches civil procedure and comparative constitutional law. She is an interdisciplinary legal scholar who has written two books and numerous articles on women and gender equality in global perspective. Her research interests include constitutional and social change, antidiscrimination law, civil litigation as an enforcement mechanism for public law, access to justice, political and legal theory, and law and literature.

Dated: October 23, 2025                                          Respectfully submitted,

*/s/ Jennifer D. Bennett*
Jennifer D. Bennett (State Bar No. 296726)
**GUPTA WESSLER LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

Jonathan E. Taylor*
**GUPTA WESSLER LLP**
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*jon@guptawessler.com*

* *Admitted pro hac vice*

*Counsel for Amici Curiae Legal Scholars*