Jennifer D. Bennett (State Bar No. 296726)
**GUPTA WESSLER LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*jennifer@guptawessler.com*

*Counsel for Amici Curiae Legal Scholars*

Jonathan E. Taylor*
**GUPTA WESSLER LLP**
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741
*jon@guptawessler.com*

*Admitted pro hac vice

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CARLOS DADA, SERGIO ARAUZ, GABRIELA C. GUTIERREZ, JULIA GAVARRETE, ROMAN GRESSIER, GABRIEL LABRADOR, ANA B. LAZO ESCOBAR, EFREN LEMUS, CARLOS MARTINEZ, OSCAR MARTINEZ, MARIA L. NOCHEZ, VICTOR PENA, NELSON R. ZABLAH, MAURRICIO S. SORIANO, JOSE L. SANZ, DANIEL R. MARTINEZ, DANIEL LIZARRAGA, and CARLOS L. SALAMANCA, <br><br> *Plaintiffs*, <br> v. <br><br> NSO GROUP TECHNOLOGIES LTD, and Q CYBER TECHNOLOGIES LTD, <br><br> *Defendants*. | Case No. 3:22-cv-07513 <br><br> Hon. James Donato <br><br> Hearing date: November 20, 2025 <br> Time: 10:00am <br> Courtroom 11 <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LEGAL SCHOLARS AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DISMISS** |

Unopposed motion for leave to file brief of legal scholars as amici curiae in support of plaintiffs' opposition to defendants' renewed motion to dismiss is hereby granted.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                             HON. JAMES DONATO
                                             UNITED STATES DISTRICT JUDGE