UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dada, et al.,

    Plaintiff(s),

v.

NSO Grp. Techs. Ltd., et al.,

    Defendant(s).

Case No. 3:22-cv-07513-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicola Morrow, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Paul Hoffman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 71244.

475 Riverside Dr., Suite 302
New York, NY 10115
MY ADDRESS OF RECORD

(646) 745-8500
MY TELEPHONE # OF RECORD

nicola.morrow@knightcolumbia.org
MY EMAIL ADDRESS OF RECORD

200 Pier Ave., Suite 226
Hermosa Beach, CA 90354
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(424) 297-0114
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

hoffpaul@aol.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6135578.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2025

Nicola Morrow
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicola Morrow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/24/2025

UNITED STATES DISTRICT JUDGE