# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 20, 2025      Judge: Hon. James Donato

Time: 19 Minutes

Case No.     **3:22-cv-07513-JD**
Case Name     **Dada et al v. NSO Group Technologies Limited et al.**

Attorney(s) for Plaintiff(s):     Carrie DeCell/Stephanie Krent/Nicola Morrow
Attorney(s) for Defendant(s):     Joe Akrotirianakis/Matthew Noller

Deputy Clerk: Lisa R. Clark      Court Reporter: Ana Dub

### PROCEEDINGS

Motion Hearing -- Held

### NOTES AND ORDERS

The motion to dismiss, Dkt. No. 94, is taken under submission and the Court will issue a written order.

The case is stayed pending further order.