UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS DADA, et al.,

Plaintiffs,

v.

NSO GROUP TECHNOLOGIES LIMITED, et al.,

Defendants.

Case No. 22-cv-07513-JD

**JUDGMENT**

Pursuant to the order of dismissal for lack of personal jurisdiction, Dkt. No. 107, and Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs.

**IT IS SO ORDERED.**

Dated: September 30, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California