Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**DOCKETING NOTICE**

| | |
|---|---|
| Docket Number: | 26-7291 |
| Originating Case Number: | 3:22-cv-07513-JD |
| Short Title: | Dada, et al. v. NSO Group Technologies Limited, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

---

| | |
|---|---|
| Docket Number: | 26-7291 |
| Originating Case Number: | |
| Case Title: | Dada, et al. v. NSO Group Technologies Limited, et al. |

---

**11/4/2026**

| | |
|---|---|
| Carlos Martinez | Mediation Questionnaire due |
| Victor Pena | Mediation Questionnaire due |
| Daniel Lizarraga | Mediation Questionnaire due |
| Ana Beatriz Lazo Escobar | Mediation Questionnaire due |
| Jose Luis Sanz | Mediation Questionnaire due |
| Carlos Dada | Mediation Questionnaire due |
| Maurricio Sandoval Soriano | Mediation Questionnaire due |
| Sergio Arauz | Mediation Questionnaire due |
| Nelson Rauda Zablah | Mediation Questionnaire due |
| Gabriela Caceres Gutierrez | Mediation Questionnaire due |
| Carlos Lopez Salamanca | Mediation Questionnaire due |
| Roman Gressier | Mediation Questionnaire due |
| Julia Gavarrete | Mediation Questionnaire due |
| Maria Luz Nochez | Mediation Questionnaire due |
| Oscar Martinez | Mediation Questionnaire due |
| Daniel Reyes Martinez | Mediation Questionnaire due |
| Efren Lemus | Mediation Questionnaire due |
| Gabriel Labrador | Mediation Questionnaire due |

**11/13/2026**

| | |
|---|---|
| Gabriel Labrador | Corporate Disclosure Statement due |
| Carlos Martinez | Corporate Disclosure Statement due |
| Carlos Lopez Salamanca | Corporate Disclosure Statement due |
| Daniel Reyes Martinez | Corporate Disclosure Statement due |
| NSO Group Technologies Limited | Corporate Disclosure Statement due |
| Julia Gavarrete | Corporate Disclosure Statement due |
| Carlos Dada | Corporate Disclosure Statement due |
| Gabriela Caceres Gutierrez | Corporate Disclosure Statement due |
| Victor Pena | Corporate Disclosure Statement due |
| Maria Luz Nochez | Corporate Disclosure Statement due |
| Ana Beatriz Lazo Escobar | Corporate Disclosure Statement due |
| Sergio Arauz | Corporate Disclosure Statement due |
| Oscar Martinez | Corporate Disclosure Statement due |
| Efren Lemus | Corporate Disclosure Statement due |
| Roman Gressier | Corporate Disclosure Statement due |
| Maurricio Sandoval Soriano | Corporate Disclosure Statement due |
| Daniel Lizarraga | Corporate Disclosure Statement due |
| Q Cyber Technologies Limited | Corporate Disclosure Statement due |
| Jose Luis Sanz | Corporate Disclosure Statement due |
| Nelson Rauda Zablah | Corporate Disclosure Statement due |

**12/9/2026**

| | |
|---|---|
| Jose Luis Sanz | Appeal Opening Brief (No Transcript Due) |
| Maria Luz Nochez | Appeal Opening Brief (No Transcript Due) |
| Ana Beatriz Lazo Escobar | Appeal Opening Brief (No Transcript Due) |
| Carlos Lopez Salamanca | Appeal Opening Brief (No Transcript Due) |
| Gabriel Labrador | Appeal Opening Brief (No Transcript Due) |
| Julia Gavarrete | Appeal Opening Brief (No Transcript Due) |
| Daniel Lizarraga | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Daniel Reyes Martinez | Appeal Opening Brief (No Transcript Due) |
| Victor Pena | Appeal Opening Brief (No Transcript Due) |
| Maurricio Sandoval Soriano | Appeal Opening Brief (No Transcript Due) |
| Efren Lemus | Appeal Opening Brief (No Transcript Due) |
| Carlos Martinez | Appeal Opening Brief (No Transcript Due) |
| Sergio Arauz | Appeal Opening Brief (No Transcript Due) |
| Gabriela Caceres Gutierrez | Appeal Opening Brief (No Transcript Due) |
| Carlos Dada | Appeal Opening Brief (No Transcript Due) |
| Roman Gressier | Appeal Opening Brief (No Transcript Due) |
| Oscar Martinez | Appeal Opening Brief (No Transcript Due) |
| Nelson Rauda Zablah | Appeal Opening Brief (No Transcript Due) |

**1/8/2027**

| | |
|---|---|
| Q Cyber Technologies Limited | Appeal Answering Brief (No Transcript Due) |
| NSO Group Technologies Limited | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**